# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| WILLIAM JOINER, an Individual,<br><br>*Plaintiff(s)*<br>v.<br>ANDREW CALLAGHAN, an Individual,<br>(see attached)<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 8:24-cv-01160 - CBM (KSx)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  (See Attached)

        Andrew Callaghan

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Meghan C. Murphey
    Matthew D. Murphey
    Dennis J. Canty
    Kerry Moynihan
    MURPHEY & MURPHEY, A.P.C.
    120 Vantis Drive, Suite 300, Aliso Viejo, California 92656

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

Date: 5/31/2024

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

United States District Court for the Central District of California
William Joiner v. Andrew Callaghan, an individual, et al.

## Attachment to Summons in a Civil Action

### Additional Defendants:

CHANNEL 5 LLC, a Washington Limited Liability Company; EVAN GILBERT-KATZ, an Individual; NICOLAS MOSHER, an Individual; KELLY SCOTT JOHNSON, an Individual; and DOES 1 through 200, Inclusive

### To: (Defendant's name and address)

Andrew Callaghan,
2049 Century Park East, Suite 1400
Los Angeles, CA 90067

CHANNEL 5 LLC
*Registered Agent*
ERESIDENTAGENT, INC.
9000 Sunset Blvd
West Hollywood, CA 90069

Evan Gilbert-Katz
2049 Century Park East, Suite 1400
Los Angeles, CA 90067

Nicolas Mosher
2049 Century Park East, Suite 1400
Los Angeles, CA 90067

Kelly Scott Johnson
27068 La Paz Rd Ste 510
Aliso Viejo, CA 92656