Name and address:
Jonathan Segal
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street
Suite 2400
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| William Joiner,<br><br>Plaintiff(s)<br>v.<br>Andrew Callaghan, et al.,<br><br>Defendant(s). | CASE NUMBER<br>8:24-cv-01160-CBM-KS<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Everdell, Abigail                                    of   DAVIS WRIGHT TREMAINE LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*   1251 Avenue of the Americas, 21st Floor
212-603-6468        212-489-8340                              New York, New York 10020-1104
*Telephone Number*   *Fax Number*
abigaileverdell@dwt.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Defendants Andrew Callaghan, Channel 5 LLC, Nicolas Mosher, Evan Gilbert-Katz

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____

**and designating as Local Counsel**

Jonathan Segal                                       of   DAVIS WRIGHT TREMAINE LLP
*Designee's Name (Last Name, First Name & Middle Initial)*   865 South Figueroa Street, Suite 2400
SBN 264238        213-633-6800        213-633-6899          Los Angeles, CA 90017
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
jonathansegal@dwt.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

                                                            **U.S. District Judge/U.S. Magistrate Judge**