| | |
|---|---|
| 1 | JONATHAN L. SEGAL (State Bar No. 264238) |
|   | jonathansegal@dwt.com |
| 2 | SAMANTHA LACHMAN (State Bar No. 331969) |
|   | samlachman@dwt.com |
| 3 | DAVIS WRIGHT TREMAINE LLP |
|   | 865 South Figueroa Street, 24th Floor |
| 4 | Los Angeles, California 90017-2566 |
|   | Telephone: (213) 633-6800 |
| 5 | Fax: (213) 633-6899 |
| 6 | ABIGAIL EVERDELL (*Pro hac vice*) |
|   | abigaileverdell@dwt.com |
| 7 | DAVIS WRIGHT TREMAINE LLP |
|   | 1251 Avenue of the Americas, 21st Floor |
| 8 | New York, NY 10020 |
|   | Telephone: (212) 489-8230 |
| 9 | Fax: (212) 379-5244 |
| 10 | Attorneys for Defendants |
|    | ANDREW CALLAGHAN, CHANNEL 5 LLC, |
| 11 | EVAN GILBERT-KATZ, AND NICOLAS MOSHER |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOINER, an individual, | Case No. 8:24-cv-01160-CBM-KS |
| Plaintiff, | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF CHANNEL 5 DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| vs. | |
| ANDREW CALLAGHAN, an Individual; CHANNEL 5 LLC, a Washington Limited Liability Company; EVAN GILBERT-KATZ, an Individual; NICOLAS MOSHER, an Individual; KELLY SCOTT JOHNSON, an Individual; and DOES 1 through 200, Inclusive, | |
| Defendant. | [Notice Of Motion And Channel 5 Defendants' Motion to Dismiss (F.R.C.P. 12(b)(6)); Notice of Motion and Special Motion to Strike (C.C.P. § 425.16); Declaration of Abigail Everdell; Notice of Lodging; Proposed Orders Concurrently Filed] |
| | Date: October 15, 2024 |
| | Time: 10:00 a.m. |
| | Dept.: 8D |
| | Action Filed: May 30, 2024 |

Pursuant to Rule 201 of the Federal Rules of Evidence, defendants Andrew Callaghan, Channel 5 LLC, Evan Gilbert-Katz, and Nicolas Mosher (collectively "Channel 5 Defendants") respectfully request that this Court take judicial notice of **Exhibits A** through **D** to the concurrently-filed Declaration of Abigail Everdell.

## I. THE DOCUMENTARY AND TRAILER ARE INCORPORATED INTO THE COMPLAINT BY REFERENCE AND SUBJECT TO JUDICIAL NOTICE

In evaluating a motion to dismiss, "courts must consider the complaint in its entirety, as well as other sources courts ordinarily examine when ruling on Rule 12(b)(6) motions to dismiss, in particular, documents incorporated into the complaint by reference, and matters of which a court may take judicial notice." *Tellabs, Inc. v. Makor Issues & Rts., Ltd.*, 551 U.S. 308, 322 (2007). Materials are considered incorporated by reference where they are referred to in a complaint and form the basis of the plaintiff's claims, even if the plaintiff neglects to attach the materials to the complaint. *See Knievel v. ESPN*, 393 F.3d 1068, 1076-77 (9th Cir. 2005) (Rule 12 motion properly granted by considering web pages referred to in complaint, but not attached to it); *Herring Networks, Inc. v. Maddow*, 445 F. Supp. 3d 1042, 1048 (S.D. Cal. 2020) (finding the television show segment at issue in defamation claim, as well as the article discussed in that segment, were incorporated by reference); *Brown v. Electronic Arts*, 724 F.3d 1235, 1248 n.7 (9th Cir. 2013) (noting that the district court properly considered defendant's video game "as part of the complaint itself through the 'incorporation by reference' doctrine," and that "[w]e do the same"); *Dr. Seuss Enterprises, L.P. v. ComicMix LLC*, 256 F. Supp. 3d 1099, 1105 n.1 (S.D. Cal. 2017) ("a court may consider a writing referenced in a complaint but not explicitly incorporated therein if the complaint relies on the document and its authenticity is unquestioned")

Plaintiff's Complaint arises from the content of the documentary film "Dear Kelly" (the "Documentary") and the Tour & Movie Announcement video posted to

REQUEST FOR JUDICIAL NOTICE
4862-4183-0098v.2 0123725-000001

1

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

1  YouTube on May 6, 2024 (the "Trailer"). These works are specifically referenced
2  and relied upon throughout the pleading to support Plaintiff's claims. *See* ECF No.
3  1 ("Compl.") ¶¶ 1, 5, 8, 105, 111, 116, 118, 119, 120, 126, 128, 142, 148, 149, 156,
4  159-161, 163, 169 (citing the Documentary and premising claims upon it); *id*. ¶¶ 6,
5  69-73, 96, 159-161 (citing the Trailer and premising claims upon it). Thus, the
6  Documentary and Trailer are incorporated by reference.
7       The Court may alternatively take judicial notice of the Documentary and
8  Trailer, an approach some courts have used to review expressive works at issue in a
9  lawsuit on ruling on a motion to dismiss. *E.g., Campbell v. Walt Disney Co.,* 718
10 F. Supp. 2d 1108, 1111 n.3 (N.D. Cal. 2010) (taking judicial notice of the content
11 of the film "Cars" and of the defendant's screenplay in granting motion to dismiss
12 copyright claim). *See also Sobhani v. @radical.media, Inc.,* 257 F. Supp. 2d 1234,
13 1235 n.1 (C.D. Cal. 2003) (taking judicial notice of the film "Cast Away" and "the
14 general characteristics of Jack–in–the–Box commercials, pursuant to Federal Rules
15 of Evidence Rule 201(b)(1)" where they were the subjects of plaintiff's copyright
16 claim); *Ferlauto v. Hamsher,* 74 Cal. App. 4th 1394, 1397 n.1 (1999) (taking
17 judicial notice of book that was subject of claims for defamation and emotional
18 distress); *Hofmann Co. v. E.I. Du Pont de Nemours & Co.*, 202 Cal. App. 3d 390,
19 395 n.3 (1988) (taking judicial notice of newspaper article in which allegedly
20 defamatory statements appeared).
21      In short, the Documentary and Trailer—attached as Exhibits A and B to the
22 concurrently-submitted Notice of Lodging and authenticated in the Everdell
23 Declaration—are incorporated by reference into the Complaint, and are also subject
24 to judicial notice. *See* Declaration of Abigail Everdell ("Everdell Decl.") ¶¶ 2-6;
25 Notice of Lodging, Exs. A-B ; *Tellabs*, 551 U.S. at 322; *Knievel*, 393 F.3d at 1076-
26 77.
27
28

REQUEST FOR JUDICIAL NOTICE
4862-4183-0098v.2 0123725-000001

2

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899

## II. THE DEMAND LETTER AND RESPONSE ARE ALSO INCORPORATED INTO THE COMPLAINT BY REFERENCE AND SUBJECT TO JUDICIAL NOTICE.

The Complaint refers to Plaintiff's May 23, 2024 cease and desist letter. Compl. ¶ 91. It also extensively quotes the May 30, 2024 response letter to Plaintiff's counsel on behalf of Defendants Andrew Callaghan and Channel 5. *Id*. ¶¶ 91-101. Plaintiff uses the May 30, 2024 response letter to allege that Defendant Callaghan is making "continuing threats" to Plaintiff and that "defendants have no intention of desisting from broadcasting the Callaghan Film." *Id*. ¶ 102. Neither letter, however, is attached to the Complaint.

Consequently, the cease and desist letter and response are incorporated by reference in the Complaint, and also subject to judicial notice. *See* Everdell Decl. ¶¶ 7-8; Exs. C-D. The contents of these two letters are properly considered in connection with the Channel 5 Defendants' motion to dismiss and special motion to strike. *Tellabs*, 551 U.S. at 322; *Knievel*, 393 F.3d at 1076-77.

DATED: August 2, 2024

DAVIS WRIGHT TREMAINE LLP
JONATHAN L. SEGAL
ABIGAIL EVERDELL
SAMANTHA LACHMAN

By: */s/ Jonathan Segal*
Jonathan Segal

Attorneys for Defendants
ANDREW CALLAGHAN, CHANNEL 5 LLC, EVAN GILBERT-KATZ, AND NICOLAS MOSHER

3

REQUEST FOR JUDICIAL NOTICE
4862-4183-0098v.2 0123725-000001

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899