**MURPHEY & MURPHEY**
A PROFESSIONAL CORPORATION
Meghan C. Murphey, (SBN 259487)
  meghan@themurpheylawyers.com
Matthew D. Murphey (SBN 194111)
  matt@themurpheylawyers.com
Dennis J. Canty (SBN 207978)
  dennis@themurpheylawyers.com
Kerry Moynihan (SBN 250571)
  kerry@themurpheylawyers.com
120 Vantis Drive, Suite 300
Aliso Viejo, California 92656
Tel: 949.464.4540 Fax: 562.375.6674

Attorneys for Plaintiff,
WILLIAM JOINER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOINER, an Individual <br><br> Plaintiff, <br><br> v. <br><br> ANDREW CALLAGHAN, an Individual; CHANNEL 5 LLC, a Washington Limited Liability Company; EVAN GILBERT-KATZ, an Individual; NICOLAS MOSHER, an Individual; KELLY SCOTT JOHNSON, an Individual; and DOES 1 through 200, Inclusive, <br><br> Defendants. | CASE NO. 8:24-cv-01160-CBM-KS <br><br> **DECLARATION OF PROFESSOR MARK J. HARRIS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' SPECIAL MOTION TO STRIKE PLAINTIFF'S COMPLAINT** <br><br> Date:        October 15, 2024 <br> Time:        10:00 a.m. <br> Dept.:        8D <br><br> Action Filed:        May 30, 2024 |

DECLARATION OF PROFESSOR MARK J. HARRIS

## **Declaration of Mark Jonathan Harris**

I, Mark Jonathan Harris, hereby declare as follows:

1.    I am over the age of 18 years and have personal knowledge of the facts stated in this declaration.  I am not a party to this case nor do I have any pecuniary interest in the outcome of the case.

2.    I am an Emeritus Distinguished Professor and the former Head of Advanced Documentary Production in the School of Cinematic Arts at the University of Southern California (USC). I taught at the USC School of Cinematic Arts full time from 1983 to 2023, and continue to conduct documentary workshops as part of the American Film Showcase, the State Department film diplomacy program that USC administers. I have extensive knowledge and experience of the film genre known as documentary.

3.    I have been honored three times by the Academy of Motion Picture Arts by winning the Academy Award ("Oscar Award") for my work in documentary films, winning Best Short Documentary for my film *The Redwoods,* Best Feature Length Documentary for my films *Into the Arms of Strangers: Stories of the Kindertransport*, and *The Long Way Home*.  My film, *Unchained Memories: Readings From The Slave Narratives*, was broadcast by HBO and was Emmy nominated, and *Darfur Now,* for which I was a producer, received the NAACP Image Award.

4.    A true and correct copy of my Curriculum Vitae and a short biography are attached collectively hereto as Exhibit 1.

## **Documentary Defined**

5.    Filmmakers have been making documentary films since the invention of the motion picture camera.  In 1895, the Lumière brothers, August and Louis, gave a paid public screening in Paris of 10 short silent films. These early "actuality films" lasted less than a minute and recorded ordinary events like a train arriving at a station, workers leaving the Lumière factory, and a baby eating breakfast.  The

DECLARATION OF PROFESSOR MARK J. HARRIS

most exotic film was 46 seconds of horse riders doing tricks.  All the films documented real people and real events.

6.    Although motion pictures have greatly evolved in the last 130 years— added sound, color, digital animation and complex special effects-- documentaries remain a distinct form of cinema.  Despite the ubiquity of the genre, there has never been a precise definition. John Grierson, the founder of the British documentary film movement of the 1930s, described documentary as "creative treatment of actuality."  The great American documentary filmmaker, Pare Lorentz, called a documentary "a factual film that's dramatic."  The Russian filmmaker Dziga Vertov said documentaries capture "life as it is."

7.    Common to all these definitions are these core ideas:

a.  Documentaries are about real people and real events.  They respect known facts and other verifiable evidence.

b.  They present people, living or dead, and events, past or present, that belong to the world we share rather than invent characters and actions.

c.  They are about something that actually happened.  They speak about actual situations or events and honor known and observable facts; they do not introduce new unverifiable ones.

d.  To the extent a documentary tells a story, the story is a plausible representation of what happened rather than an imaginative interpretation of what might have happened.

8.    As documentary historian and theorist Bill Nichols writes in his Introduction to Documentary, "A documentary that distorts facts, alters reality, or fabricates evidence jeopardizes its own status as a documentary."  A documentary that fails to provide adequate context or omits relevant facts is equally deficient. These distortions and omissions compromise the integrity and authenticity of any documentary; they may also defame the people depicted in it and betray the trust of

DECLARATION OF PROFESSOR MARK J. HARRIS

its audience and any participants.

9.    There are many styles of documentary filmmaking and no fixed inventory of techniques.  Some documentaries employ a narrator; some are strictly observational; others rely heavily on interviews. Sometimes the filmmaker appears in the film as both narrator and protagonist, sometimes just as narrator or interviewer, often not at all.  But whatever style or technique the filmmaker adopts, a documentary is not a product of his or her invention but fundamentally corresponds to actual situations, events and people. Whatever the filmmaker's creative vision, he must respect the contemporary and historical facts that he is depicting.

10.    Historically, documentaries have often tackled contested social and political issues. A documentary does not necessarily have to present both sides of an issue, but it is incumbent on documentary filmmakers to present facts and evidence to support their point of view, particularly at this time when the internet and media are rife with disinformation and lies. Standard journalism ethics apply to documentary filmmakers as well as print and broadcast journalists. Extravagant or controversial claims must be documented; and sources cited to ensure accuracy. When crimes are alleged, the accused must be given a chance to respond or refute the charges. Unproven, unanswered charges can inflict irreparable damage.

11.    The documentary tradition relies heavily on its claim to authenticity, that it is an honest witness to the content it portrays.  Anything that casts doubt on that claim calls into question whether the film is a true documentary.

### The Channel 5, LLC Trailer for an Untitled Documentary

12.    I have been provided with a copy of the video that I understand was submitted to the Court by defendants as Exhibit B, originally titled on YouTube *Tour and Movie Announcement*, with a file name of "May 6 YouTube Export" (the "Trailer").

13.    The Trailer begins with Andrew Callaghan waking up to a knock on the

3

door of his Argosy RV.  At the door is Sidam, in suit and tie, wearing a black ski mask and claiming to have walked a couple of hours to find Callaghan.  The two men then set out to find a hard drive of a "secret project" that Callaghan filmed several years before and supposedly asked Sidam to hide. They two traipse through the desert and ultimately dig up the hard drive.

14.    It is clear from the way these scenes are shot that they have been staged for the camera.  You don't film a person waking up from a knock on the door unless you know that someone will be knocking.  The action is also covered from multiple angles, like a fiction film. In documentaries, the camera generally follows the action rather than anticipates it as it does in the scenes where Callaghan and Sidam are hunting for the buried hard drive.   Although the men pretend not to know exactly where to find the drive, the camera recording them obviously knows its location, exposing the fabricated nature of their search.

15.    Back in the RV, the two men watch excerpts from the film on a laptop. The scenes they watch show Kelly Johnson making unsupported accusations against Bill Joiner, displaying a flyer that says "Bill Joiner Stole Our Home" and charging him with screwing people.  "He definitely screwed me and then he hid," Johnson claims without evidence.

16.    Callaghan and Sidam laugh at the scenes they've just shown. Callaghan asks if it's worth putting the film out into the world.  Sidam says "definitely."  For the rest of the trailer the two men consider in what 38 cities and theaters the film might screen.

17.    The charges against Bill Joiner are unsupported by the contents of the film and Joiner is given no chance to answer them.  The trailer does not provide any context for Johnson's accusations and the way in which it's shot throws its credibility and authenticity into question.  All these facts undermine its claim to be a true documentary.

\\\

4

DECLARATION OF PROFESSOR MARK J. HARRIS

\\\

I declare under the laws of the United States of America under penalty of perjury that the foregoing is true and correct.

Executed this 24th day of September, 2024 at Los Angeles, California.

_____
Mark J. Harris

DECLARATION OF PROFESSOR MARK J. HARRIS

1

**CURRICULUM VITAE**

**MARK JONATHAN HARRIS**
**749 Basin Drive**
**Topanga, CA 90290**
**(310) 455-3814**
**e-mail mjharris.usc.edu**
**www.markjharriswrites.com**

-------------------------------------------------------------

EDUCATION:

B.A., Harvard College (magna cum laude)

TEACHING:

Emeritus Distinguished Professor, University of Southern California, 2023--

Mona and Bernard Kantor Chair in Production, School of Cinematic Arts, University of Southern California, 2014

Distinguished Professor, University of Southern California, 2007

Professor, School of Cinema-Television, University of Southern California, 1994

Chair, Division of Film and Television Production, University of Southern California, 1991--1996

Associate Professor, School of Cinema-Television, University of Southern California, 1987--1993

Assistant Professor, School of Cinema-Television, University of Southern California, 1983-1987

Faculty Member, School of Film/Video, California Institute of the Arts, 1976-83.

BOOKS:

Fiction:

2

**Misfits, stories** (Atmosphere Press,2023.

<u>**Solay**</u> (Bradbury), 1993; hardcover.

<u>**Come the Morning**</u> (Bradbury), 1989; hardcover. **FOCAL Award for Best California Children's Book, 1990**; nominated for 1990-91 Dorothy Canfield Fisher Children's Book Award and 1991-92 Sequoyah Young Adult Award.  Reprinted with a new afterward and author's commentary by Wayne State Press in 2005.

<u>**Confessions of a Prime Time Kid**</u> (Lothrop, Lee & Shepard), 1985; hardcover and paperback.  A Weekly Reader Book Club Selection.

<u>**The Last Run**</u> (Lothrop, Lee & Shepard), 1981; hardcover. **Golden Spur Award for Best Western Juvenile Fiction in 1981**; nominated for 1982-83 Dorothy Canfield Fisher Children's Book Award; nominated for 1983-84 Mark Twain Award.

<u>**With a Wave of the Wand**</u> (Lothrop, Lee & Shepard), 1980; hardcover and paperback. A Children's Choice Selection of the International Reading Association.

Nonfiction:

**"Breaking the Cycle,"** an essay in <u>Under Fire: Childhood in the Shadow of War,</u> edited by Elizabeth Goodenough and Andrea Immel, (Wayne State University Press), 2008.

<u>**Into the Arms of Strangers: Stories of the Kindertransport**</u> (Bloomsbury), co-written with Deborah Oppenheimer, preface by Lord Richard Attenborough, introduction by David Cesarani, 2000; hardcover and paperback. Reprinted 2017.

<u>**The Long Way Home**</u> (Simon Wiesenthal Center), 1997.

**"Modulate Your Voice, Please,"** an essay in <u>Infant Tongues: The Voice of the Child in Literature</u>, edited by Elizabeth Goodenough, Mark Heberle, and Naomi Sokoloff, foreword by Robert Coles. (Wayne State University Press), 1994.

<u>**The Homefront: America During World War II**</u> (G.P. Putnam's Sons), written with Franklin Mitchell and Steven Schechter,

3

introduction by Studs Terkel, 1984; hardcover and paperback.


FILMS:

Documentaries:

**Why Survive? Being Old in America**—an hour documentary based on Robert Butler's 1975 Pulitzer Prize-winning book. Co-writer and co-producer. In progress for Generation Entertainment.

**Virulent:The Vaccine War,** 2022--a feature-length documentary that examines the consequences of vaccine hesitancy and denial. Executive Producer.

**Peace by Chocolate,**2021--a fictional feature film based on a true story of Syrian refugees to Canada who built an international chocolate business. Executive producer.

**Asian Americans**, 2020—a five-episode series for PBS. Consulting Producer. Nominated by the International Documentary Association for Best Multi-part Documentary; **2021 Peabody Award.**

**Foster**, 2018—a feature-length documentary on the foster care system for Participant Media.  Writer-director. Premiered at AFI DOCS on June 15, 2018. **Aired on HBO, May 2019. Nominated for Best Documentary Screenplay by the Writers Guild of America**

**Women of the Gulag**, 2018—an hour film about women survivors of Stalin's Gulag. Executive Producer. **Short-listed for Academy Award for Best Short Documentary.** SIMA (Social Impact Media Award) for Best Director for Short Documentary.

**Who is Arthur Chu?** 2017-- a feature-length documentary following the 11-time Jeopardy! winner, Arthur Chu, and the transformation he experienced as a result of the iconic game show.  Executive Producer. Slamdance Film Festival, Cleveland International Film Festival. Streaming on Peacock.

**Breaking Point:  The War for Democracy in Ukraine,** 2016—an intimate look at the war and revolution through the eyes of

4

ordinary people whose lives were transformed by these tumultuous events.  Co-writer and co-director. **Grand Prize 2017 Humanitarian Award,Accolade Global Film Competition; Best Documentary Feature at Et Cultura Festival; Best Documentary at San Obispo International Film Festival; Audience Choice Award for Best Documentary Feature at Annapolis Film Festival; Gold Jury Award, Social Justice Festival; Special Jury Mention, Regina International Film Festival;** Chichester International Film Festival; Hot Springs Documentary festival; International Academic Forum (IAFOR)Documentary Selection; Santa Barbara Film Festival; American Documentary Film Festival. Streaming on Peacock.

**The Million Dollar Duck,** 2016—a documentary about the wacky world of the Federal Duck Stamp Contest. Executive Producer. Audience and Jury Award for Best Documentary Feature at Slamdance. Aired on Animal Planet.

**Swift Current,** 2015—a documentary about former National Hockey League player Sheldon Kennedy who was sexually abused by his junior hockey coach.  Producer.  Rising Star Award at the 2015 Canada International Film Festival. Opening night film at Rendezvous With Madness Film Festival, Toronto. Aired on Global Television Network in Canada.

**Makers: Hollywood,** 2014—a PBS documentary about women filmmakers.  Consulting producer. **Series nominated for an Emmy in the Outstanding Historical Programming-Long-Form category**

**Spirit of the Marathon II,** 2013-a sequel to the 2007 film, this one focusing on the Rome Marathon. Executive Producer.Released theatrically by Fathom.

**Code Black,**2013-a feature length documentary about ER residents at LA's County Hospital confronting the harsh realities of the American health care system and our fraying safety net.  Executive Producer. **Grand Jury Prize, Best Documentary, Los Angeles Film Festival; Best Feature Documentary, Hamptons Film Festival;** Audience Award Aspen Film Festival; Audience Award Denver Film Festival; Vancouver International Film Festival; Heartland Film Festival.

**Lost for Life,** 2012—a feature length documentary about juvenile offenders sentenced to life imprisonment without

parole.  Producer. AFI DOCS Festival. Nantucket Film Festival. Middleburg Film Festival. Arclight Documentary Film Festival. Aired on the BBC and the Lifetime Movie Channel in 2014.

**Perspectives,** 2011—host and writer of 8 shows on the Documentary Channel featuring contemporary and classic documentaries.

**Doctors of the Dark Side,** 2011—a feature length documentary about the involvement of doctors in torture in our military prisons. Writer. United Nations Association Film Festival. Hot Springs Documentary Film Festival.

**The Defector,** 2008– a feature length documentary about Victor Kravchenko, the famous Communist defector who wrote *I Chose Freedom*. Director, co-writer.  Unreleased.

**Living in Emergency,** 2008 – a feature length documentary about Doctors Without Borders. Executive Producer. Venice Film Festival. Special Jury Award for Documentary at Cinequest Film Festival. Hot Docs Toronto. **Shortlisted for 2009 Oscar for Best Feature Documentary.**

**Oceans Away,** 2008 -- a 14-episode series examining Chinese students who have chosen to study and live in America. Made for China's CCTV.  Co-producer.

**Darfur Now***,* 2007 -- a feature length documentary focusing on six people who are trying to end the genocide in Darfur. Producer.  Toronto International Film Festival. Barcelona Documentary Film Festival, and others. **Nominated for Best Documentary of the Year by the Broadcast Film Critics Association,** the National Board of Review, the International Press Academy, and Cinema for Peace.  NAACP Image Award for Documentary.

**Spirit of the Marathon,** 2007 – a feature documentary on six runners competing in the Chicago Marathon.  Executive Producer.  Audience Award at the Chicago International Film Festival. Released theatrically by Fathom. Documentary Channel.

**The Boomer Century: 1946-2046,** 2007-- a two-hour documentary for PBS examining the largest generation in American history and the impact it may have on this country now that baby boomers are turning 60. Writer.

**Doc Talk,** 2006-—three half hour programs interviewing today's cutting edge documentary filmmakers. Host and producer.  Documentary Channel.

**DocU,** 2006 -- Four short films about Los Angeles made by film students from USC and CUC (the Communication University of China) in a summer workshop I taught at USC. Executive Producer.  Broadcast on the Documentary Channel.

**The Cutting Edge:  The Magic of Movie Editing,** 2004 -- a 98-minute documentary about editing with Steven Spielberg, Quentin Tarantino, George Lucas, Jodie Foster, Walter Murch, Dede Allen and many others. Produced for the BBC in England, NHK in Japan, and Starz TV in the United States. Writer. Opening night film Hollywood Film Festival, Mill Valley Film Festival, Denver Film Festival, Maui Film Festival. Grand Award, Best Documentary, 2006 International TV Programming and Promotion.

**Unchained Memories: Readings from the Slave Narratives**, 2002 – a 75-minute documentary about slavery in the United States based on interviews with ex-slaves conducted by the WPA in the 30's. Writer. Produced by HBO. Sundance Film Festival, 2003. **Emmy Nominations for Outstanding Nonfiction Special and Outstanding Writing for Nonfiction Programs**. Literacy in Media Award for Outstanding Television Special. Christopher Award.

**Into the Arms of Strangers, Stories of the Kindertransport,** 2000 -- a feature documentary about the British rescue of 10,000 German, Austrian and Czech children just before the outbreak of WWII. Writer-director. Produced by Warner Bros. **Academy Award for Best Feature Length Documentary**. London Evening Standard Award for Best Documentary.  Heartland Film Festival Crystal Heart Award.  **Selected for the National Film Registry, 2014.**

**A Dream No More**, 1998, a two-hour documentary for the 50th anniversary of Israel. Co-writer-director. (Unreleased)

**The Long Way Home,** 1997--a two-hour theatrical documentary for the Simon Wiesenthal Center exploring what happened to the survivors of the Holocaust from the liberation of the concentration camps in 1945 to the founding of the State of Israel in 1948. Writer-director.  Sundance, Valladolid, Montreal, Chicago, Jerusalem and many other international

film festivals. Multiple awards including Gold Hugo at Chicago, Time Out of History prize at Valladolid, Gold Award at Worldfest Houston, Phi Kappa Phi Faculty Recognition Award, and **Academy Award for Best Feature Documentary.**

**How Will I Survive?**  1992--an hour documentary on coping with breast cancer.  Executive producer.  Best Health and Medical Film, Silver State Film Festival.

**Toward 2,000,** 1990--a twelve-minute video produced for the Toyota Co. forecasting social and economic trends in the U.S. by the end of the century. Writer-director. Cindy Award for Special Achievement in Cinematography.

**Co-director of Documentary Production at USC's School of Cinema-TV,** 1985- 2022. Over the years I've supervised the production of more than 200 student-produced documentaries. The films have won hudnreds of international awards, including three Academy Award nominations for Best Short Documentary.  The films have been shown on PBS, the Learning Channel, Discovery, the BBC,Swedish television, and many other platforms.

**The Homefront,** 1984--a 90-minute PBS documentary examining the profound social and economic changes brought about in the U.S. by World War II. Co-producer.  Blue Ribbon American Film Festival, Houston Film International Festival Special Jury Award, Best of Festival National Educational Film Festival. Cine Golden Eagle.

**The Foreigners,** 1968--a 60-minute documentary made for the Peace Corps about a group of volunteers doing community development work in a small village near Bogota in the Colombian Andes. Writer-producer. Invitational screening at Robert Flaherty Seminar, Museum of Modern Art, New York.

**The Redwoods,** 1967--a documentary made for the Sierra Club about the importance of creating a redwoods national park in California.  Writer, producer. **Academy Award for Best Short Documentary**. Cine Golden Eagle.

**Huelga!** l966--a 60-minute documentary about the first year of the Delano grape strike. Writer-producer. NET Journal. Award of Merit Vancouver International Film Festival. Special Award Leipzig International Film Festival, among others.

8

**Speak for Myself,** 1966--a 30-minute examination of Portland, Oregon's poverty program from the vantage point of the poor. Writer.

**The Golden Calf,** 1965--an hour television documentary about the state of the church in America. Writer. Regional Emmy Award.

**As They Like It,** 1965--a half hour television documentary about the Oregon Shakespeare Festival in Ashland. Associate Producer.  Regional Emmy Award.

Website:

**Interacting with Autism**—a video-intensive website on autism, funded by the Agency for Health Research and Quality (AHRQ). Launched publicly September, 2013. Principal Investigator.  Gold Medal,  International Cindy Competition www.interactingwithautism.com


Educational Films:

**How Many Ways Do I Grow?** 1974--a 15-minute film for pre-adolescents.  Produced for BFA Educational Media. Producer-writer-director.

**Two Grasslands: Texas and Iran,** 1971--a geography film comparing the Edwards Plateau in western Texas and the steppes of Iran. Produced for Learning Corporation of America. Writer-director for the Texas sections.

**Almost Anyone Can Build a House, The Story of a Pair of Blue Jeans,** and **The Story of a Peanut Butter Sandwich,** 1970--three freewheeling comic explorations of food, clothing and shelter for primary grade children.  Produced for Learning Corporation of America. Writer-director.

**The Day Grandpa Died,** 1969--a fictional film about a young boy's painful confrontation with death. Produced for King Screen Productions. Writer-director. Gold Medal New York International Film and Television Festival.

9

**Wheels, Wheels, Wheels,** 1969--a 10-minute perception film about the beauty and ubiquity of the wheel.  Produced for King Screen Productions. Writer-director.


CD-ROMS:

**Runaways,** 1996--an interactive video game for teenagers that deals with issues of gender and ethnic identity.  Co-writer and producer with Marsha Kinder.  Financed by a grant from the Annenberg Center for Communications at USC.


Filmstrips:

**Communications Panorama,** 1975--12 filmstrips on language and communication for elementary school children. Produced by Doubleday Multimedia. Writer.

**History of Technology,** 1972--12 filmstrips on the impact of technology on American history. Produced by Learning Corporation of America. Co-writer.

Public Service Spots:

Two 60-second spots produced for the National Lutheran Council of the U.S. for the 450th anniversary of the Reformation in 1967.  Writer-producer.  First prize for Public Service Spots at the International Film and Television Festival.


SCREENPLAYS:

**Legacy,** 2004, written with Paul Wolansky.

**Reckless,** 2002.

**Come the Morning,** 1992, an adaptation of my novel. Produced by World Wide Pictures, Inc. in 1993.

**Raging Waters,** 1989, written for Pat Wells Productions.

**Black Tide,** 1976, written with Trevor Greenwood.

10

**The Mustangers**, 1975, written with Trevor Greenwood, Merit Award Athens International Scriptwriting Competition.

**The Rainbow Boys**, 1971, written for Potterton Productions in Montreal.


SHORT STORIES:

"**Foreplay**," *Flash Fiction Magazine*, November 28, 2023

"**The Invisible Boy**," *OpenDoor Magazine*,Issue 27: Autumn 2023

"**The Cactus**," *Book XI: A Journal of Literary Philosophy*, *Issue XI: Superstitions*, Spring 2023

"**Mute**," *Spoonie Magazine*, October 19,2022

"**Misfits**," *Kairos*, Volume 7, Issue 1, August 2022

"**Land Mines**,"  *Rock and a Hard Place*,#8, August 2022

"**Trail's End**," *Riddlebird*, July 2022

"**Tikkun Olam**," *After Dinner Conversation*, June 2022

"**Doubles**," *Mystery Tribune*, Issue 17, January-February 2022

"**Chicken Soup**," *Passager*, Issue 70, Winter 2021

"**The Reluctant King**," *Literati Magazine*, August 6, 2020

"**Damascus**," *Literati Magazine*,August 6, 2020

"**Layover**," *The Creative Café*, July 14, 2020

"**The Mink Coat**,"  *Arcturus*, January 8, 2020

"**The Interview**,"  *Hollywood Dementia*,  February 25, 2019

"**Celebreality**," *Hollywood Dementia*,  December 6, 2016

"**Princess Zenobia**," *Sgraffito*, Spring 1995.

"**Office Hours**," *Buffalo Magazine*, March 20, 1988, syndicated by Fiction Network.

11

**"A Drink with Oppie,"** *New Mexico Humanities Review*, Summer 1985.

**"Night Beat,"** *Writers Forum X*, September 1984.

**"Father's Day,"** *Neworld*, February/March 1979.


ARTICLES:

**Making a Production: The Breakwater Story**, *Documentary Magazine*, September, 2023.

**Exhuming the Mass Graves of the 20th Century**, Contemporary Cinema, China, Vol. 1, 2006

"**Chronicle of a Summer**," looking back at the groundbreaking film sixty years later, International Documentary, February, 2002.

"**Docu-demia**," a two-part interview with Michael Renov and Jane Gaines, editors of the Visible Evidence book series, International Documentary, September and October, 2000.

"**Secret Spaces of Childhood**," part of a writers' symposium with Joyce Carol Oates, Philip Levine, etc. Michigan Quarterly Review, Summer 2000.

**"Matching the Media and the Message: Making Effective Corporate Films and Videos,"** written with Doe Mayer, Journal of Management Development, Vol. 12, No. 4, 1993.

**"Modulate Your Voice, Please,"** Los Angeles Times Book Review, August 15, 1993.

**"Living Side by Side,"** a discussion of children's books on drug addiction and homelessness, **Hungry Mind Review**, Fall 1992.

**"Reality Fictions,"** a review of Frederick Wiseman's work, International Documentary, Winter 1990/91.

**"It's So Much Easier To Write About the Rich,"** New York Times Book Review, November 12, 1989.

12

**"Rosie the Riveter Remembers,"** an excerpt from The Homefront: America During World War II, American Heritage, February 1984.

**"Archie's Little Goil Grows Up,"** a profile of Sally Struthers, Canadian TV Guide, December 25, 1982.

**"She'd Fly 1500 Miles for a Hot Fudge Sundae--and a Friend,"** a profile of Lisa Whelchel, TV Guide, July 10, 1982.

**"Sorry, Guys--Heather's No Fall Girl,"** a profile of Heather Thomas, TV Guide, June 19, 1982.

**"Those Ruthless Vixens of Prime Time,"** cover story, TV Guide, July 11, 1981.

**"Crusade Against Condescension,"** (Gray Panther Eva Skinner takes on TV's stereotyping of the elderly), Prime Time, July 1981.

**"After All I've Done for You,"** an article on children of aging parents, written with Susan Harris, Ph.D., Prime Time, April 1980.

**"The Dust Between the Devil's Toes,"** cover story on the day in the life of a teenage Angel Dust user, L.A. Weekly, January 4, 1979.

**"He Always Gives a Powerful Performance,"** profile of Lou Ferrigno, TV Guide, December 2, 1978.

**"The Southern California Housing Crisis,"** a four-part investigative series, Los Angeles Herald Examiner, August 13-16, 1978.

**"Bradbury Building: Monument in Downtown L.A.,"** Americana, July/August 1978.

**"Coming of Age at a Free School: Reading, Writing and Relationships,"** New West, March 27, 1978.

**"A Few Magic Passes,"** (a look at scientific investigations of psychic healing), New West, February 13, 1978.

**"The Hard-Liner Behind Soft Energy,"** (a profile of energy analyst Amory Lovins), New West, December 19, 1977.

**"Why California Needs Rent Control,"** New West, November 7, 1977.

**"How to Live to be 100,"** cover story, New West, January 3, 1977.

**"California's New Child's Play: Teenage Bodybuilding,"** New West, October 11, 1976.

**"Now Prosperity Threatens Venice,"** (California's Greenwich Village struggles to preserve its community identity), New West, September 27, 1976.

**"Where the timid honor the shallow,"** an essay about the Academy Awards reprinted in Special to the N.C.R., 1969, a selection from the first five years of the National Catholic Reporter, a newspaper for which I wrote film reviews from 1967 to 1969.

Also profiles, book reviews, and commentary in the New York Times, Washington Post, Newsday, Chicago Tribune, International Herald Tribune, Los Angeles Herald Examiner, and Los Angeles Times.


CONSULTANCIES:

Editorial Consultant: **Erasing Tibet**, directed by Paula Fouce, 2024.

Guest Tutor, East Doc Forum & Ex Oriente Film Documentary Laboratory, Prague, 2024.

Story Consultant: **Brief Tender Light,** directed by Arthur Musah, 2023

Editorial Consultant: **Unbroken**, directed by Katharine Lake Berz, 2023.

Story Consultant: **Vishniac**, directed by Laura Bialis, 2023.

Story Consultant: **The Northeast Winds**, directed by Nikoloz Bezhanishivili, 2022

Story Consultant: **A Star Without a Star**, directed by Kirk KelleyKahn, 2022

14

Editorial Consultant, **Why We Fight or Team Wristband**, directed by Andrew Kirshner and Gillian Eaton,2021

Editorial Consultant, **Exclusion U**, directed by Ginger Gentile,2021

Story Consultant, **Heroes**, directed by Avishai Mekonen and Shari Rothfarb Mekonen,2021.

Editorial Consultant, **Bob Ross: Happy Accidents**, directed by Joshua Rofé, 2020

Story Consultant, **Chocolate Milk**, directed by Elizabeth Bayne, 2020

Editorial Consultant, **The Showgirl:A Las Vegas Icon**, directed by Heather Caputo, 2019

Editorial Consultant, **Erasing Family**, directed by Ginger Gentile. 2019

Editorial Consultant, **Saul & Ruby: Life is a Cabaret**, directed by Tod Lending, 2019

External reviewer for the Radio-Television-Film Department of the University of Texas, Austin, 2018.

Editorial Consultant, **Dark Hobby**, directed by Paula Fouce, 2018.

Story Consultant, **Pershing's Path of Glory**, directed by Joe Hartnett, 2017.

Story Consultant, **Faith in Chains**, directed by Shapour Daneshmand, 2017.

Editorial Consultant, **At the Fork**, directed by John Papola, 2016.

Editorial Consultant, **Off the Rails**,directed by Adam Irving, 2015.

Editorial Consultant, **No Asylum: The Untold Chapter of Anne Frank's Story**, directed by Paula Fouce, 2015.

15

Story Consultant, **Rock in the Red Zone,** directed by Laura Bialis. 2014

Editorial Consultant **No Más Bebés**, directed by Renee Tajima-Pena, 2014

External reviewer for the School of Film and Television, Loyola Marymount University, 2013

External reviewer for the Radio-Television-Film Department of the University of Texas, Austin, 2012

Mentor to Cui Yongyuan's Rising Star Directors Program in China, 2012.

External reviewer for the visual journalism program at Brooks Institute, 2011

External reviewer for the graduate film program, Miami University, 2011

Editorial consultant, **One Lucky Elephant,** a feature documentary directed by Lisa Leeman, premiered at the Los Angeles Film Festival, 2010.

External reviewer for the Moving Images Program, Temasek Polytechnic Design School, Singapore, 2009.

Editorial consultant for **The Brothers Warner,** a PBS documentary directed by Cass Warner, American Masters, 2008.

Editorial consultant, **Valentino's Ghost**, documentary directed by Michael Singh, 2008.

Editorial consultant, **One Bad Cat,** documentary directed by Tom Miller, 2007, best documentary Santa Barbara Film Festival, 2008.

Consulting producer, **Where Do the Children Play?,** an hour television documentary for Michigan Public Television, directed by Chris Cook, 2007.

Editorial consultant, **Running with Arnold**, a feature length documentary directed by Dan Cox, 2005.

External Reviewer for Department of Film and Media Arts, Temple University, 2005.

Editorial consultant, **Who Needs Sleep?** a feature-length documentary directed by Haskell Wexler and Lisa Leeman, 2004, Sundance Film Festival 2006.

Editorial consultant, **Home for the Brave**, a feature-length documentary directed by Paola di Florio, Sundance Film Festival 2004.

Editorial consultant, **Stolen Childhoods**, a feature-length documentary directed by Len Morris and Robin Romano, 2002. Children's Advocacy Award Artivist Film Festival, 2005.

Mentor for ITVS documentary, **Saigon, USA**, 2001-02.

Executive consultant on **Marlene Dietrich: Her Own Song**, a documentary for TNT, 2001.

Chair, external review committee for Film and TV Department, Emerson College, 2002.

Chair, external review committee for the Film and TV Department, Chapman University, 1999 and 1993.

External reviewer for Department of Communication, Stanford University, 1998.

Chair, external review committee for New York University Undergraduate Film and Television Program, 1996.

External reviewer for Hong Kong Academy for Performing Arts, 1995.

Consultant and program reviewer for the Presidential Fellowship program run by the USC Leadership Institute, 1994-95.

External reviewer for the Film Studies Program, University of Colorado, Boulder, 1993.

Consultant to North Carolina School of the Arts on a proposed film school, 1991.

Consultant to Program for Art on Film on a series of films about art, 1990.

17

Principal film consultant on the documentary, **See What I Say**, a film about deaf education, 1990-91.

Writer-consultant to Center for the Study of Democratic Institutions, Santa Barbara, on a proposed film series on the subject of democracy, 1989.

LECTURES AND PRESENTATIONS:

**FOSTER**, a Visions and Voices presentation and panel at USC, 2019

"A documentary look at the Foster Care System," Dr. Hershel Swinger Partnership for Children and Families Conference at Cal State University, 2018.

"Doc Diplomacy" at AFI Docs in Washington, DC.  A discussion of documentary films as a diplomatic tool. 2018.

"Breaking Point—Ukraine in the Era of Trump," a featured presentation at the International Academic Forum (IAFOR)Conference CITY/GLOBAL in Barcelona, Spain, 2017

"True Tales from County Hospital:  Race, Class and Trauma at LAC+USC," a Visions and Voices presentation at USC, 2015

American Film Showcase, two documentary workshops in Hanoi and Ho Chi Minh City, Vietnam, 2013 for the U.S. State Department

**Lost for Life**, screening and discussion at Duke University, Center for Documentary Studies, 2013

American Film Showcase, multiple presentations and screenings in Shanghai and Nanjing, China for the U.S. State Department, 2012

"Interacting with Autism: Presenting Information About Autism in the Digital Age," Occupational Science Symposium, USC, 2012.

"Documentary Explorations," lecture at the Center for Documentary Studies, Duke University, 2011.

18

"It's All True," a Visions and Voices presentation at USC with Robert Towne, writer of **Chinatown**, California historian Kevin Starr, and Professor Ted Braun, 2010.

"Imagining the Unimaginable: Filmmakers Respond to Genocide," a Visions and Voices presentation at USC with Professor Ted Braun, 2009

The Documentary Institute, University of Florida, 2007.

Conference on World Affairs Athenaeum, University of Colorado, 2007.

Scripps College Humanities Institute, 2005

DFFB (Deutsche Film-und Fernsehakademie Berlin), 2005.

Strategies for the Future of Culture: Dresden in Global Context, a conference in Dresden, Germany; "Representing the Unrepresentable: Film, Memory, and the Holocaust," 2005.

International Forum on Anti-fascist War and Television Films, Nanjing, China; "Exhuming the Mass Graves of the 20th Century," 2005.

Robert Flaherty Film Seminar, Claremont College, 2005.

University of Illinois, 2005.

Hong Kong Baptist University, 2005.

Shanghai University, "Documentary Explorations," 2004.

Beijing Broadcasting University, 2004.

Morris Gelb Memorial Lecture, University of Scranton, 2004.

University of Michigan, 2004.

Princeton University, 2003.

The Documentary Institute, University of Florida, 2002.

J. Paul Getty Museum, "Biography on Film" Panel, 2002.

The Harry Eckstein Lecture, University of California at Irvine, 2001.

Stanford University, 2001.

Doclands Film Festival, Dublin, Ireland, Film Retrospective (Screening of four of my films), 2001.

NYU Film School, 2000.

University of Wyoming,  "Telling It Like It Was...Or Wished It Had Been:  Truth, Memory and Oral History," 1998.

Writer in Residence, Santa Barbara County Schools, 1994, '91, '89.

Claremont Reading Conference, 1993, '91.

Oklahoma Young Writers' Conference, 1990.

Pacific Northwest Writers Conference, 1989.

Miami Book Fair, 1989.

University of Nevada, Reno, 1989.


ADDITIONAL AWARDS AND HONORS:

Juror, International Competition, One World International Human Rights Film Festival, Prague,2024.

**USC Associates Award for Artistic Excellence, 2021,** the university's highest award for artistic creativity

Jury Member, Guangzhou International Documentary Festival, 2020)

CASA (Court Appointed Special Advocates for Children) Robert Morrison Community Service Award, 2019

Documentary Jury Chair, Camerimage Film Festival, Toruń, Poland, 2019

Jury Chair, Documentary Program,  Regina International Film Festival, Regina, Saskatchewan, 2018

20

USC Advancing Scholarship in the Humanities and Social Sciences grant for documentary on foster care, 2016

Grand Judge for 2013 Beijing International Screenwriting Competition

Juror for John Schlesinger Award Palm Springs International Film Festival, 2012

**"American Film Showcase" grant from the U.S. State Department, one of three Principal Investigators, 2012-- 2023**

**"Scholarship and Preservation Award" of the International Documentary Association, 2010.**

**Agency for Health Research and Quality(AHRQ) grant of $1.5 million to design a website that features best practices for treating autism, a 3-year project that commenced in 2010. Additional grant of $900,000 in 2013 for dissemination of the website. Principal Investigator.**

USC US-China Institute Grant, 2007, 2008.

**Honorary Doctorate from the Jewish Theological Seminary, 2002.**

Betzallel Award from Jewish Filmmakers Forum at USC, 2002.

USC Phi Kappa Phi Faculty Recognition Award, 1998.

Annenberg Center for Communications Grant, 1995. Renewal 1996.

USC Faculty Research and Innovation Fund Grant, 1989.

**Mary Louise Kennedy-Weekly Reader Fellow in Writing for Children, Bread Loaf Writers' Conference, August 1982.**

Andrew Mellon Grant, California Institute of the Arts, 1981.


UNIVERSITY COMMITTEES:

University Tenure and Promotions Committee (various years)

21

Co-chair,Tenure and Tenure Track Committee of Faculty
Senate (2018-2019)
Undergraduate Curriculum Committee (various years)

PROFESSIONAL MEMBERSHIPS:

Academy of Motion Picture Arts and Sciences
International Documentary Association
Society of Children's Book Writers and Illustrators
Writers Guild of America

**Mark Jonathan Harris** is an Academy Award-winning documentary filmmaker and Emeritus Distinguished Professor in the School of Cinematic Arts at the University of Southern California.

Among the many documentaries he has written, produced and/or directed are **Huelga!**,the landmark film about Cesar Chavez and the Delano grape strike (1967); and **The Redwoods**, which won an Oscar for Best Short Documentary and helped establish a redwood national park (1968). **The Long Way Home**, a film he wrote and directed about the period immediately following the Holocaust, won the Academy Award for Best Feature Documentary in 1997; **Into the Arms of Strangers: Stories of the Kindertransport,** which he also wrote and directed, won the Academy Award for Best Feature Documentary in 2000 and was selected by the U.S. Library of Congress for permanent preservation in the National Film Registry. **Unchained Memories: Readings from the Slave Narratives** (2003), a HBO documentary that he wrote on slavery in America, was nominated for an Emmy for a Nonfiction Special and Harris was nominated for Outstanding Writing for Nonfiction Programming. He also wrote **The Cutting Edge: The Magic of Movie Editing**, a documentary about editing produced by BBC-TV, NHK, and STARZ, which is shown in film schools around the world (2004). In 2007, he produced **Darfur Now**, a film about the humanitarian crisis in Africa, which was nominated as best documentary of the year by the National Board of Review and the Broadcast Film Critics Association and won an NAACP Image Award. **Living in Emergency: Stories of Doctors Without Borders**, a film he executive produced, premiered at the Venice film festival and was shortlisted for the 2011 Oscar for best feature documentary. **Code Black**, another documentary he executive produced about ER doctors, won the Grand Jury Prize for Best Documentary at the 2013 Los Angeles Film Festival and became the basis for the CBS series of the same name. In 2013, he also launched a video intensive website on autism, www.interactingwithautism.com, which he and Professor Marsha Kinder developed with a team of filmmakers and leading national experts on autism. In 2016, he co-wrote and co-directed **Breaking Point: The War for Democracy in Ukraine**, which won eight awards at eleven international film festivals, including Best of Show at the Accolade Global Film Competition. The film was released theatrically in the U.S. in March 2018**. Women of the Gulag**, a short documentary he executive produced, was shortlisted for Oscar for Best Short Documentary in 2019. **Foster,** a feature length documentary that he wrote and directed, aired on HBO in 2019 and was nominated for Best Documentary Screenplay by the Writers Guild of America. He also worked as consulting producer on **Asian Americans,** a 5-part documentary series that aired on PBS in 2020 and won a Peabody Award. His current project is a documentary on old age in America for PBS.

In addition to his filmmaking, Harris has also authored five award-winning children's novels, three non-fiction books, and one collection of short stories, **Misfits**, which was published in 2023. In 2010 the International Documentary Association honored him with their Scholarship and Preservation Award. And in 2023 the University of Southern California awarded him the Associates Award for Artistic Excellence, the university's highest award for artistic creativity.