**MURPHEY & MURPHEY**
A Professional Corporation
Meghan C. Murphey, (SBN 259487))
  meghan@themurpheylawyers.com
Matthew D. Murphey (SBN 194111))
  matt@themurpheylawyers.com
Dennis J. Canty (SBN 207978))
  dennis@themurpheylawyers.com
Kerry Moynihan (SBN 250571)
  kerry@themurpheylawyers.com
120 Vantis Drive, Suite 300
Aliso Viejo, California 92656
Tel: 949.464.4540 Fax: 562.375.6674

Attorneys for Plaintiff,
WILLIAM JOINER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOINER, an Individual<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW CALLAGHAN, an Individual; CHANNEL 5 LLC, a Washington Limited Liability Company; EVAN GILBERT-KATZ, an Individual; NICOLAS MOSHER, an Individual; KELLY SCOTT JOHNSON, an Individual; and DOES 1 through 200, Inclusive,<br><br>        Defendants. | CASE NO. 8:24-cv-01160-CBM-KS<br><br>**DECLARATION OF WILLIAM JOINER IN SUPPORT OF OPPOSITION TO MOTION TO STRIKE**<br><br>Date:    October 15, 2024<br>Time:   10:00 a.m.<br>Dept.:   8D<br><br>Action Filed:    May 30, 2024 |

---

JOINER DECLARATION IN OPPOSITION TO MOTION TO STRIKE

I, William Joiner, declare as follows:

1. I am a resident of California, and I am over the age of 18 years. I am the plaintiff in the captioned action. I have personal knowledge of the facts stated in this Declaration, except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would competently testify thereto.

2. In 2007, the William G. Joiner Trust, of which I am the trustee (and which is not a mortgage company), made a loan to Kelly Johnson, secured by a deed of trust on his residence in Laguna Hills. After Johnson defaulted on the loan in 2011, and then defaulted under the terms of multiple forbearance agreements and a March 2015 settlement agreement, the Trust foreclosed on the property and purchased it via a foreclosure sale in June 2015.

3. I have reviewed Defendants' Exhibit A (ACV) and Exhibit B (TMA), as defined in the concurrently-filed Opposition.

4. In the ACV, beginning at 45:18, Mr. Callaghan and others are shown purportedly composing and sending an email to me. I have never received any such email, or any email from Mr. Callaghan or (to my knowledge) anyone connected with him or Channel 5.

5. I have never received any written communication of any kind from Mr. Callaghan or (to my knowledge) anyone connected with him or Channel 5.

6. I have never received a phone call from Mr. Callaghan or (to my knowledge) anyone connected with him or Channel 5. To my knowledge, and after inquiring with them, no one on my office staff nor my wife has received any communication from Mr. Callaghan or anyone connected with him or Channel.

7. In the ACV, beginning at 50:08, and in the TMA, beginning at 01:53 and at 08:12, footage is shown depicting two individuals in ghillie suits approaching and filming a residence. The residence depicted in the images is mine. I am familiar with the surrounding area. The property directly behind my perimeter

fencing is owned by the Shady Canyon Community Association, and not open to the general public. From review of the Videos, I believe some of that footage to have been taken from that location.

8. In the TMA, at 1:21, a map is depicted, showing the location of my residence.

9. In the TMA, beginning at 1:13, my office is pictured. At 1:16 of the TMA, footage of the inside of my office is depicted, which is not open to the general public and requires a key card to access.

10. I first learned of the TMA in early May 2024, shortly after it was published on the Channel 5 YouTube channel, when a friend of mine alerted me to it. After that date, I began noticing an increase in individuals standing at the security fence surrounding the backyard of my residence. As an example, on May 27, 2024 at 4:56 a.m., my security cameras picked up two people lurking in the bushes behind my house, pointing and looking at my house. The security system I had in place before May 2024 was not of a quality that I could make out the identities of the figures, nor did it record sound.

11. Viewing the TMA, in addition to the other content produced by Callaghan (as referenced in the concurrently-filed Declaration of Matthew Murphey), the reactions of his audience and followers, and now the ACV, has caused me to fear for my safety, that of my family, and that of my work colleagues.

12. As a direct result of viewing the TMA, I spent hundreds of thousands of dollars on security in and around my residence.

13. As a direct result of viewing the TMA, I have taken down my LinkedIn page and severed business ties in an effort to protect myself and my colleagues. As a direct result of viewing the TMA, I have resigned as CEO of a company, due to the negative publicity to be generated by the film and its negative effects on the

/ / /

/ / /

reputation of the company and those who are employed there, resulting in a loss of tens of millions of dollars in income.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on September 24, 2024, at Irvine, California.

_____
William Joiner