**MURPHEY & MURPHEY**
A PROFESSIONAL CORPORATION
Meghan C. Murphey, (SBN 259487))
  meghan@themurpheylawyers.com
Matthew D. Murphey (SBN 194111))
  matt@themurpheylawyers.com
Dennis J. Canty (SBN 207978))
  dennis@themurpheylawyers.com
Kerry Moynihan (SBN 250571)
  kerry@themurpheylawyers.com
120 Vantis Drive, Suite 300
Aliso Viejo, California 92656
Tel: 949.464.4540 Fax: 562.375.6674

Attorneys for Plaintiff,
WILLIAM JOINER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOINER, an Individual | CASE NO. 8:24-cv-01160-CBM-KS |
| Plaintiff, | **DECLARATION OF MATTHEW MURPHEY IN OPPOSITION TO MOTION TO STRIKE** |
| v. | |
| ANDREW CALLAGHAN, an Individual; CHANNEL 5 LLC, a Washington Limited Liability Company; EVAN GILBERT-KATZ, an Individual; NICOLAS MOSHER, an Individual; KELLY SCOTT JOHNSON, an Individual; and DOES 1 through 200, Inclusive, | Date:     October 15, 2024<br>Time:     10:00 a.m.<br>Dept.:     8D |
| Defendants. | Action Filed:     May 30, 2024 |

I, Matthew Murphey, declare as follows:

1. I am a resident of California, and I am over the age of 18 years. I am the counsel for plaintiff in the captioned action. I have personal knowledge of the facts stated in this Declaration, except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would competently testify thereto.

2.      Attached as Exhibit 1 is a true and correct copy of an Instagram post by Callaghan regarding an article published in Variety.

3.      Attached as Exhibit 2 is a true and correct copy of an NPR article regarding sexual misconduct allegations against Callaghan, located at the URL indicated and printed at the date and time indicated.

4.      Attached as Exhibit 3 is a true and correct copy of a Cracked article regarding sexual misconduct allegations against Callaghan, located at the URL indicated and printed at the date and time indicated.

5.      Included as Exhibits 4, 6, 8 and 9 are true and correct copies of excerpts of videos published by Callaghan on the Channel 5 Patreon account.

6.      Attached as Exhibit 5 is a true and correct copy of a Variety article regarding the film "Dear Kelly," located at the URL indicated and printed at the date and time indicated.

7.      Attached as Exhibit 7 is a screenshot of Channel 5's YouTube channel taken at the date and time indicated.

8.      Attached as Exhibit 10 is a true and correct copy of an email chain counsel, sent and received as indicated in the headers.

9.      Attached as Exhibit 11 is a true and correct copy of an Instagram post by Callaghan advertising "Someone Stole Our Home" merchandise.

10.     Included as Exhibit 12 is a true and correct copy of excerpts from an interview on "The Majority Report" entitled "Andrew Callaghan Of Channel 5 Talks About The Only Time He Ever Feared For His Safety" located at https://www.youtube.com/watch?v=U9qdhF7m80M.

11.     Attached as Exhibit 13 is a true and correct copy of an Interview article located at the URL indicated and printed at the date and time indicated.

12.     On July 26, 2024, I participated in a telephone conference with Defendants' counsel.  During that conference, Ms. Everdell stated that there will be

2
MURPHEY DECLARATION IN OPPOSITION TO MOTION TO STRIKE

no final version of the ACV until it is "picked up" by a streaming service, such as Netflix, Prime Video, or the like.

13.     Included as Exhibit 14 is a true and correct copy of excerpts of a YouTube video entitled "Fuck Bill Joiner Channel 5 LIVE w/ Kelly Johnson and friends", located at https://www.youtube.com/watch?v=IRPteb43nNo&rco=1

14.     Included as Exhibit 15 is a true and correct copy of excerpts of a YouTube video entitled "Channel 5 Live + Sidam + Unkle Pill + Andrew Callaghan Q&A in Portland, Oregon 2022", located at https://www.youtube.com/watch?v=EaqgFaWHDi0

15.     Attached as Exhibits 16 and 17 are true and correct copies of posts on Channel 5's Patreon channel, located at the URL indicated and printed at the date and time indicated.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on September 24, 2024, at Irvine, California.

/s/ Matthew Murphey
Matthew Murphey

MURPHEY DECLARATION IN OPPOSITION TO MOTION TO STRIKE



Case 8:24-cv-01160-CBM-KS    Document 21-3    Filed 09/24/24    Page 5 of 74    Page ID
#:251



HOURLY NEWS

Play Live Radio

LISTEN LIVE

PLAYLIST

 n p r

DONATE

CULTURE

# A full guide to the sexual misconduct allegations against YouTuber Andrew Callaghan

JANUARY 20, 2023 · 8:21 AM ET

By Emily Olson



YouTube star and documentary film-maker Andrew Callaghan has publicly apologized after women came forward to say he sexually assaulted or coerced them.

*Screenshot by NPR/Instagram*

Andrew Callaghan, a documentarian behind YouTube's Channel 5 and HBO's *This Place Rules*, is known for chronicling spectacles from Phish shows to white nationalist rallies.

But this month, the 25-year-old was himself the story after thousands of social media users saw a pattern of misconduct in first- and second-hand accounts of

EXHIBIT 2, PAGE 5

Case 8:24-cv-01160-CBM-KS    Document 21-3    Filed 09/24/24    Page 6 of 74    Page ID
#:252

women's experiences that were shared across platforms in public comments and videos.

Callaghan addressed the allegations in an Instagram post on Sunday, apologizing to the women and pledging to examine his behavior in therapy.

But for many who follow Callaghan's work, the incident raises questions about Gen Z's tolerance for sexually questionable behavior.

Here's an account of what has happened as of Friday.

## Who is Andrew Callaghan?



Andrew Callaghan captures man-on-the-street interviews across America as part of Channel 5 news.

*Screenshot by NPR/YouTube*

Callaghan is a self-styled journalist for the digital age whose irreverent YouTube videos have earned him fame across several platforms. His brand, Channel 5 news, has 600,000 followers on Instagram and another 2.25 million on YouTube.

EXHIBIT 2, PAGE 6

Callaghan got his start while a student at Loyola University in New Orleans, where he launched a YouTube series called *Quarter Confessions*. Wearing pale suits and carrying a corded microphone, Callaghan interviewed intoxicated Bourbon Street party-goers, editing together their wildest statements with quick cuts and intentionally outdated effects.

---

MOVIES

## Andrew Callaghan on new Jan. 6 documentary 'This Place Rules'



LISTEN · 5:55    ( PLAYLIST )    Download

Transcript

In 2019, he took that style of filmmaking across the country in a beat-up RV, stopping for interviews at sites like a flat-earthers' conference and the Talladega Speedway. The show, *All Gas No Brakes*, fell apart in 2021 after a contract dispute with its production company, Doing Things Media.

Callaghan then started the Patreon-funded Channel 5. The series has amassed over 106 million YouTube views since April 2021.

His following has only broadened since the Dec. 30 release of his first HBO documentary, *This Place Rules*, which examines the cultural divisions underlying the Jan. 6 attack on the U.S. Capitol.

In interviews with legacy journalists about his unfiltered reporting, Callaghan has defended his popularity among younger millennials and elder Gen Z'ers as a bit of media mockery in the service of media literacy.

EXHIBIT 2, PAGE 7



The official trailer for *This Place Rules*.

*HBO YouTube*

He says giving airtime to fringe voices is an actual form of reporting in an age of overwhelming journalistic punditry.

"When there is a massive divide in America, you're going to find interviews on the fringe," he said in a recent interview with NPR. "What we try to do is physically speak to people, actually show up and be there and ask people simple questions like, What's on your mind? How are you feeling?"

He added that he lets the subjects "guide the conversation" in contrast to cable news reporters who use talking-head panels to "get the viewer as pissed off as possible."

## Here's when the allegations began to spread

The claims against Callaghan began to go viral on Jan. 5, when a TikTok user who goes by the name Caroline Elise (@cornbreadasserole) posted a 2-minute video saying Callaghan pressured her into performing sexual acts with him.

She said Callaghan, whom she'd been messaging on Instagram, asked to stay over at her house because he'd had a falling out with a crew member.

EXHIBIT 2, PAGE 8

LAW

# Social Media Posts May Complicate Prosecution Of Sexual Assault

LISTEN · 4:09    ( PLAYLIST )    Download

Transcript

"I was very clear about the fact that we are not hooking up," she said. "He gets in my bed and wears me down to the point where I eventually do agree to do things I wasn't proud of."

On Jan. 7, she posted again, sharing screenshots of messages she exchanged with Callaghan in 2021 and a photo of them together. She also shared screenshots of at least 10 messages from people saying they'd had a similar experience with Callaghan or knew of someone who had.

Caroline Elise has since deleted the videos from her TikTok feed, saying the response had diminished her mental health. But other users have saved and continue to share the videos across other platforms.

One version of it posted to Twitter has been viewed over 756,000 times. A version shared on a Twitch livestream has over 833,000 views.

Caroline Elise said she didn't want to talk directly to NPR also for mental health reasons. She instead put us in touch with a long-time friend, whose name we've agreed to withhold over her fears of online harassment.



**BOOKS**

**How the polarizing effect of social media is speeding up**

The friend said that Callaghan knew how Caroline Elise felt about the incident months before she'd ever posted it to TikTok. The friend shared screenshots of Instagram posts from August 2021, in which the friend warned other women in her city that Callaghan had "knowingly assaulted my friend and got away with it."

EXHIBIT 2, PAGE 9

The friend also shared screenshots of a text message conversation that took place between Callaghan and Caroline Elise in December 2021, after Caroline Elise had confronted Callaghan about his behavior.

In one long message, Callaghan said he recognized that the social power dynamics at play "can dramatically warp consent" and had tried to unpack his behavior in therapy.

He also said that "prior partners" from New Orleans and Nashville had reached out to him in response to the Instagram posts and had "started dialogues with him that have benefitted all our lives for the better."

"I want to do whatever I possibly can to be accountable and support you in whatever way you'd like," the message continues. "It would mean the world to me to be able to have an open conversation with you."

**A second accuser claims Callaghan sexually assaulted her in 2019**

Caroline Elise's video prompted another woman, a TikTok user who goes by the name Dana (@moldyfreckle), to come forward.

In a series of videos, Dana said Callaghan assaulted her on a drive home from dinner, first kissing her neck, then putting his hand down her pants and putting her hands on his crotch as she was telling him to stop. Callaghan left the car after she'd asked multiple times, Dana said.



## This account is private

Find more trending videos on TikTok

Discover more on TikTok

EXHIBIT 2, PAGE 10

Case 8:24-cv-01160-CBM-KS Document 21-3 Filed 09/24/24 Page 11 of 74 Page ID #:257

Dana later posted a video showing screenshots of her messages with Callahan in January 2019. She hasn't responded to multiple requests from NPR.

In addressing the responses to her videos, Dana dismissed ideas that she was seeking clout, money or trying to sabotage Callaghan's success.

"I'm not going to let someone else go through this alone," she said in her TikTok post, referencing Caroline's video. "I'm just saying the truth right now and I don't care what you believe, but I want other women who he's affected to feel comfortable talking about it."



**CULTURE**

**Where the #MeToo movement stands, 5 years after Weinstein allegations came to light**

While the stories from Dana and Caroline Elise have remained the most widely shared and commented upon, several other people have since posted in comments or videos claiming similarly pushy sexual behavior. They say their experiences with Callaghan formed a pattern.

## How did Callaghan respond?

In a video posted to Instagram on Sunday, Callaghan thanked the people who'd spoken out about "different ways in which my behavior has made them feel uncomfortable or pressured during a sexual situation" and apologized to them, as well as his collaborators. He did not single out any particular accusations, or confirm or deny any deny specific accusations circulating.

EXHIBIT 2, PAGE 11

Case 8:24-cv-01160-CBM-KS   Document 21-3   Filed 09/24/24   Page 12 of 74   Page
ID #:258



The link to this photo or video may be broken, or the post may have been removed.

**Visit Instagram**

He did, however, say that he thought many of the accusations were missing important contextual information.

"I want to make a few things clear: I've always taken no for an answer," he said. "As far as consent, I've never overstepped that line."

"Up until this point, I didn't really realize that I had this pattern that affected multiple people," he said, later adding that he thought going home from a bar alone "made you a loser" and that "persistence was a form of flattery."

EXHIBIT 2, PAGE 12

Case 8:24-cv-01160-CBM-KS    Document 21-3    Filed 09/24/24    Page 13 of 74    Page ID #:259

Callaghan had largely laid low online and in public since a tumultuous live interview with NPR member station WBUR on Jan. 4. He explained in the video that he'd waited nearly two weeks to respond because he was in a state of shock and "spiraled into a mental health crisis."

Callaghan also said he believes alcohol may have contributed to his decision-making and said that he's planning to join a 12-step program.

Dana posted YouTube and TikTok videos on Wednesday evening saying that she didn't believe the apology was genuine and she didn't forgive him, but also that she was finished talking about it.



## This account is private

Find more trending videos on TikTok

Discover more on TikTok

"I'm fed up, and I know other people are getting fed up," she said. "It's called karma. It's not blackmail. It's not revenge, it's just how it goes."

Caroline Elise had not publicly addressed Callaghan's statements at the time of publication.

## What about the blackmail claims?

Three days before Callaghan's Instagram video, news outlets like TMZ and Variety published portions of a statement, shared by a "legal representative" for Callaghan, which acknowledged Callaghan's need to re-evaluate his behavior but also pointed to "multiple sides to a story."

EXHIBIT 2, PAGE 13

Case 8:24-cv-01160-CBM-KS Document 21-3 Filed 09/24/24 Page 14 of 74 Page ID #:260

"While every dynamic is open to interpretation and proper communication is critical from all those involved, repeated requests for money should not be part of these conversations," reads the statement, according to both outlets.

Neither Callaghan's agent or publicist responded to NPR's request for confirmation of the statement. Callaghan hasn't responded to multiple NPR attempts to reach him through his social media.



**NATIONAL**

**Is Redemption Possible In The Aftermath Of #MeToo?**

Caroline Elise's friend shared a screenshot of one message Caroline Elise sent to Callaghan six days before posting the allegations on TikTok.

The message includes the handle of Caroline Elise's Venmo account. She wrote Callaghan could use it if "HBO cuts you a fat check, and you in any way feel like helping contribute to the massive amounts of therapy bills I have accrued."

Caroline Elise's friend told NPR that's the only time Caroline Elise had brought up the prospect of him reimbursing her in their conversations together. Callaghan never responded to the text, Caroline Elise's friend said.

Caroline Elise confirmed through her friend that she shared the allegation to raise awareness of Callaghan's behavior. She has no plans to file a police report or a lawsuit, her friend told NPR.



EXHIBIT 2, PAGE 14

your skewed version of what happened the last time I saw you. I just want you to know that seeing friends of mine promote your new show, which I'm not discounting came with a lot of hard work, hurts me in ways I wish you could feel sometimes. Anyways. If HBO cuts you a fat check, and you in any way feel like helping contribute to the massive amounts of therapy bills I have accrued due to the night you coerced me and the resulting trauma, my Venmo is Thanks

A screenshot provided to NPR by a close friend of the TikTok user Caroline, who claims Andrew Callaghan coerced her into having sex in 2021.

*Screenshot provided to NPR*

## How did Callaghan's fans react to the allegations?

The claims, statements and reaction quickly spread on several social media platforms, where users, many of them anonymous, dissected Callaghan's behavior in ways reminiscent of 2016's #MeToo eruption, but with new cancel culture considerations.

The Reddit forum r/Channel5ive, which is in the top 5% of Reddit communities by size, was once dedicated to Callaghan fan adoration. Now it contains over 100 posts dedicated to investigating the allegations and debating which of the alleged behaviors crossed the line.

EXHIBIT 2, PAGE 15



**TECHNOLOGY**

**3 reasons why Seattle schools are suing Big Tech over a youth mental health crisis**

"Drinking with someone, inviting someone into your home, even inviting someone into your bed does not equal consent," wrote one user in a post that received 1,100 up votes and 382 comments.

"I'm not saying let's just 'cancel' the whole thing, but I really don't like people saying we can just separate his journalism from his misconduct," posted another.

Responding to requests by users, moderators eventually removed a Patreon link supporting Callaghan's work and replaced it with a link to the National Women's Law Center, which helps victims of sexual assault.



YouTube and Twitch streamers whose audiences overlap with Callaghan's also parsed through the allegations and apology, trying to glean universal lessons.

Twitch streamer Hasan Piker (@Hasanabi), who boasts 2.4 million followers, said in his third video mentioning the allegations that Callaghan's apology is promising but that it's only natural that his fans wait before passing judgment.

"People are not going to read this with any kind of charitability," because Callaghan hasn't done anything yet to demonstrate how he's changed, Piker predicted.

EXHIBIT 2, PAGE 16

**What does this mean for Channel 5 and Callaghan's work?**

In his video apology, Callaghan said he wasn't sure what comes next, but he wanted to take a step back from public life while he processed his behavior.

"I'm only 25 years old and I have my whole life ahead of me," he said, adding that reporting was still his first love.

Tim Heidecker, a comedian who helped produce *This Place Rules*, addressed the allegations on his *Office Hours* podcast last Thursday by saying he had no plans to collaborate with Callaghan again in the future.



"We have no professional relationship with Andrew at this time and have no plans to have any relationship with him," Heidecker said, speaking on behalf of his comedy and production partner, Eric Wareheim.

A publicist for Heidecker and Wareheim told NPR the pair had no updated comments on Callaghan's apology. The press offices for A24 and HBO did not respond to NPR's requests for comment.

The YouTube page for Channel 5, which had been sharing clips from *This Place Rules* for the last three weeks, hasn't posted a new video since the week the allegations surfaced.

*Emma Bowman contributed reporting.*

**Clarification:**

**Jan. 23, 2023**

https://www.npr.org/2023/01/20/1149748975/a-full-guide-to-the-sexual-misconduct-allegations-against-youtuber-andrew-callag

An earlier version of this story said Twitch streamer Hasan Piker (@Hasanabi) has 2.4 million subscribers. He in fact has 2.4 million followers. The total number of Hasan Piker's subscribers, who support his channel financially, is not publicly available.

andrew callaghan      channel 5      this places rules

---



# Sign up for NPR's Up First newsletter.

The news you need to start your day. Nothing more, never less.

| Email address | SUBSCRIBE |

[See more subscription options](#)

By subscribing, you acknowledge and agree to NPR's Terms of Use and Privacy Policy. NPR may share your name and email address with your NPR station. See Details.

## More Stories From NPR

EXHIBIT 2, PAGE 18

5/20/24, 3:38 PM
Case 8:24-cv-01160-CBM-KS    Document 21-3    Filed 09/24/24    Page 19 of 74    Page
Andrew Callaghan sexual assault allegations: A complete guide : NPR
ID #:265



BOOK REVIEWS

## Claire Messud's sweeping novel borrows from her own 'Strange Eventful History'

POP CULTURE

## The history of hip-hop, told through bling

https://www.npr.org/2023/01/20/1149748975/a-full-guide-to-the-sexual-misconduct-allegations-against-youtuber-andrew-callag

BOOK REVIEWS

**My Octopus Teacher's Craig Foster dives into the ocean again in 'Amphibious Soul'**

BUSINESS

**With 'bleisure' and fewer workers, the American hotel is in recovery**

EXHIBIT 2, PAGE 20

POP CULTURE

**The origin story of Steve from 'Blue's Clues' is even more wholesome than you think**

POP CULTURE HAPPY HOUR

**Sink your teeth into 'Interview with the Vampire'**

## Popular on NPR.org

SHOTS - HEALTH NEWS

## Why writing by hand beats typing for thinking and learning

EXHIBIT 2, PAGE 22

**SPACE**
## There's still a chance to see the Northern Lights from lower latitudes



**SCIENCE**
## The first person to receive a genetically modified pig kidney transplant has died

**OBITUARIES**
## Roger Corman, the B-movie legend who launched A-list careers, dies at 98

EXHIBIT 2, PAGE 23

Case 8:24-cv-01160-CBM-KS Document 21-3 Filed 09/24/24 Page 24 of 74 Page ID #:270

SPACE

**The huge solar storm is keeping power grid and satellite operators on edge**

NATIONAL

**Controlled demolition planned at Baltimore bridge collapse site**

EXHIBIT 2, PAGE 24

## NPR Editors' Picks

MIDDLE EAST CRISIS — EXPLAINED

**The International Criminal Court is seeking warrants for Israeli and Hamas leaders**

EXHIBIT 2, PAGE 25

Case 8:24-cv-01160-CBM-KS   Document 21-3   Filed 09/24/24   Page 26 of 74   Page ID #:272

**MUSIC INTERVIEWS**

## With age and sobriety, Michael McDonald is ready to get personal

**MUSIC**

## 'SNL' just wrapped its 49th season: It's time to cruelly rank its musical guests

**SHOTS - HEALTH NEWS**

**Biden accuses Trump of 'coming for your health care' in new campaign ad**

BUSINESS

**Red Lobster files for bankruptcy after missteps including all-you-can-eat shrimp**

MIDDLE EAST

EXHIBIT 2, PAGE 27

Case 8:24-cv-01160-CBM-KS   Document 21-3   Filed 09/24/24   Page 28 of 74   Page ID #:274

# What to know about Mohammad Mokhber, who is stepping in as interim president of Iran

**READ & LISTEN**

Home

News

Culture

Music

Podcasts & Shows

**CONNECT**

Newsletters

Facebook

Instagram

Press

Public Editor

Corrections

Contact & Help

**ABOUT NPR**

Overview

Diversity

NPR Network

Accessibility

Ethics

Finances

**GET INVOLVED**

Support Public Radio

Sponsor NPR

NPR Careers

NPR Shop

NPR Events

NPR Extra

---

terms of use

privacy

your privacy choices

text only

© 2024 npr

EXHIBIT 2, PAGE 28

Case 8:24-cv-01160-CBM-KS   Document 21-3   Filed 09/24/24   Page 29 of 74   Page
ID #:275



# CRACKED

# Tim Heidecker Cuts Ties With Andrew Callaghan of 'Channel 5'

Heidecker and Abso Lutely Productions have distanced themselves from the guerrilla journalist following misconduct accusations



January 13, 2023

 **Keegan Kelly**

Amid mounting accusations of sexual misconduct against "All Gas No Breaks" and "Channel 5" founder Andrew Callaghan, Tim Heidecker, co-creator of *Tim & Eric* and co-owner of one of the production companies behind Callaghan's January 6 documentary *This Place Rules*, has publicly severed all ties with the guerilla journalist.

https://www.cracked.com/article_36593_tim-heidecker-cuts-ties-with-andrew-callaghan-of-channel-5.html

EXHIBIT 3, PAGE 29

Case 8:24-cv-01160-CBM-KS Tim Heidecker Cuts Ties With Andrew Callaghan of Channel 5 | Cracked.com Page 30 of 74 Page ID #:276



# CRACKED



working with Callaghan following the accusations against the documentarian that have surfaced in recent days on social media platforms. Two women have come forward and claimed that Callaghan pressured them into engaging in unwanted sexual activities and ignored their explicit refusals of his advances.

Atsuko Okatsuka (Office Hours Live Ep 234)

EXHIBIT 3, PAGE 30




# CRACKED



On *Office Hours*, Heidecker apologized for not commenting on the allegations against his former associate sooner, saying, "We didn't want to just rush out and say something that felt insincere or a 'crisis person told us what to say' kind of thing. I don't think that's helpful." Heidecker's production company, Abso Lutely Productions, which he co-founded with collaborators Eric Wareheim and Dave Kneebone, first began their partnership with Callaghan in May 2020 in an effort to develop a television series based on his former YouTube channel, "All Gas No Breaks." Abso Lutely was one of the production companies behind Callaghan's *This Place Rules*, which premiered on HBO Max this past December.

A D V E R T I S E M E N T

Heidecker plainly stated on *Office Hours*, "We have no professional relationship with Andrew at this time and have no plans going forward to have any relationship with him." Said Heidecker of the individuals accusing Callaghan of misconduct, "We believe these women that came forward and, of course, totally condemn the type of behavior that Andrew's being accused of. I believe it's up to Andrew to address these allegations and do so openly and honestly. And I really hope he does do that as soon as possible."

EXHIBIT 3, PAGE 31

Case 8:24-cv-01160-CBM-KS   Document 21-3   Filed 09/24/24   Page 32 of 74   Page
ID #:278





CRACKED



mental coercion against anyone. Conversations about pressure and consent are extremely important and Andrew wants to have these conversations, so he can continue to learn and grow." The representative also accused one of the women who stepped forward of demanding money from Callaghan shortly before going public with the allegations, saying, "While every dynamic is open to interpretation and proper communication is critical from all those involved, repeated requests for money should not be part of these conversations."

No legal action has been taken by any party involved, and neither HBO Max nor their parent company, Warner Bros. Discovery, have publicly commented on the allegations.

Facebook                           Twitter                          Pinterest

Flipboard                          Reddit

⌄   Scroll down for the next article   ⌄

**Must Read**

EXHIBIT 3, PAGE 32

Case 8:24-cv-01160-CBM-KS Tim Heidecker Cuts Ties With Andrew Callaghan of Channel 5 | Cracked.com Filed 09/24/24 Page 33 of 74 Page ID #:279

  **CRACKED**

**MOVIES & TV**

## The Inside Story Behind 'Seinimations,' the Greatest 'Seinfeld' DVD Extra Ever

**MOVIES & TV**

## 'It's Always Sunny in Philadelphia' Jokes That Gen Z Fans Might Need Explained



**Trivia & Jokes**

**Science & History**

**Newsletter**

**Movies & TV**

**Videos**

EXHIBIT 3, PAGE 33





# CRACKED

COPYRIGHT © 2005-2024 Cracked is published by Literally media Ltd.

Ad Services Privacy Policy   |   Your Privacy Choices    |   AdChoices

EXHIBIT 3, PAGE 34

SEE "EXHIBIT 4" TO THE NOTICE OF LODGMENT

Home > Film > News

Jun 21, 2024 9:30am PT
Ad removed. Details

# Andrew Callaghan Is Back With 'Dear Kelly,' a Poignant Documentary About a Pro-Trump Conservative Who Saved His Life (EXCLUSIVE)

By Jordan Moreau ⌄

    



Channel 5

Your Privacy Rights

9/24/24, 5:20 PM
Case 8:24-cv-01160-CBM-KS    Document 21-3    Filed 09/24/24    Page 37 of 74    Page
Andrew Callaghan on Dear Kelly, Channel 5 Movie and Release Plans
ID #:283

program. Now, he's on tour showcasing "Dear Kelly" to fans across the country and plans to distribute it independently later this year.

ADVERTISEMENT

## Related Stories



VIP+

**Emmys Rebound Bolsters 2024 Awards Show Ratings**



**Australia Proposing to Ban Children From Social Media, Joins Wave of Asian Government Crackdowns on Platforms**

"Dear Kelly" originated at a 2021 White Lives Matter rally in Huntington Beach, Calif., when Callaghan met a pro-Trump protester who called himself Kelly J. Patriot (real name: Kelly Johnson). In his man-on-the-street style, Callaghan interviewed Johnson for one of his Channel 5 videos. In a memorably bizarre segment, Johnson alluded to being at the Jan. 6 Capitol riot, peddled conspiracy theories about Kobe Bryant being assassinated and was arrested for waving around a flagpole during the protest.

## Popular on Variety

Your Privacy Rights

EXHIBIT 5, PAGE 37

Case 8:24-cv-01160-CBM-KS    Document 21-3    Filed 09/24/24    Page 38 of 74    Page ID #:284

00:00                                                                                                    02:40



ADVERTISEMENT

Ad removed. Details

However, one particularly odd moment during the interview stuck out to Callaghan: Johnson claimed a man named Bill Joiner stole his home using falsified legal documents. So, Callaghan decided to dig deeper. He set up a second interview with Johnson and learned that he was a former lawyer and father of three who applied for a $100,000 loan from Joiner's company years ago. Johnson alleged that Joiner falsified the paperwork and sent a default notice that led to Johnson's family being evicted from their multimillion-dollar home. Johnson has never met Joiner face-to-face, but he's since led a private crusade against the financier and blames him for ruining his life.

ADVERTISEMENT

Your Privacy Rights

EXHIBIT 5, PAGE 38

In "Dear Kelly," Callaghan investigates what really happened between Johnson and Joiner. The filmmaker goes to creative lengths to unmask Joiner, including staking out his building in ghillie suits with Johnson. He interviews Johnson's children and ex-wife to find out how a typical family man turned into an obsessive conservative who protests against Planned Parenthood and Antifa. Throughout the course of the doc, Callaghan develops a close relationship with Johnson and uncovers the twisty truth behind his "stolen" home. By the end, he also reveals that an out-of-the-blue call from Johnson may have saved Callaghan's own life.

ADVERTISEMENT

During an emotional family intervention, Callaghan plays a voicemail that Johnson had left for him amid the controversy surrounding Callaghan's sexual misconduct allegations. Callaghan reveals in the film that he was researching how to commit suicide when Johnson messaged him about staying strong and getting up when you're knocked down.

"It definitely played a big role in saving my life," Callaghan tells *Variety*. "At the time, my personal support system had sort of evaporated. He was one of the people who was there to check up on me and ask how I was doing, and that was enough for me to realize, 'Okay, keep working.'"

And while Callahan is "not quite ready to speak about that period of time" publicly yet, he says "there will be a time and place for it."

"I didn't want to include too much of my personal experience in this film," Callaghan says. "It's a little bit alluded to, but I didn't want to put too much to where it was taking away from Kelly's story. But there definitely will be a time when I speak more openly about the

Your Privacy Rights

EXHIBIT 5, PAGE 39

Case 8:24-cv-01160-CBM-KS    Document 21-3    Filed 09/24/24    Page 40 of 74    Page ID #:286



After his nine-month hiatus, Callaghan returned to YouTube with longer, more documentary-style videos last fall. Each Channel 5 video regularly receives millions of views, with his most popular projects focusing on drug addiction in San Francisco, Las Vegas' homeless population living in underground tunnels and a group of carjacking teens in Connecticut known as the Kia Boyz.

"I take my job a lot more seriously now," Callaghan says. "What do I really love doing? What do I feel like I was put on Earth to do? Not to get rich, not to make blockbuster Hollywood movies, but just to continue doing journalism. This is a movie where I felt like, 'I'm gonna make this because I care about this. I think this can benefit the world.' I think a lot of people have a Kelly in their family and don't know what to do. This film might not give you the solution, but it could give you a place to start."

ADVERTISEMENT

While "This Place Rules" premiered on HBO and streamed on Max, "Dear Kelly" is a fully independent Channel 5 feature. Callaghan plans to make it available to rent later this year then shop it to a larger platform for syndication.

"We finished this movie literally 30 minutes before tour started," he says. "Our first day in Atlanta, we made the export on the computer right before, so it's been cool to circumnavigate the typical Hollywood post-production process and give it straight to the fans. People love it. I've never seen somebody cry watching a Channel 5 video before, and to see tears is just crazy. I didn't know that I was capable of creating that range of emotion."

Your Privacy Rights

EXHIBIT 5, PAGE 40



Callaghan has been tinkering with the final cut of the movie after each tour screening and asking the packed crowds what should be added or removed. He currently estimates "Dear Kelly" — which filmed its last scene in late May — is about 85% finished and still needs an audio mix, color pass and animations added before it's finally done.

ADVERTISEMENT

The director still keeps in touch with Johnson, but the namesake of the documentary hasn't seen the film yet. Also, he and Callaghan still haven't met Joiner — who is now suing the "Dear Kelly" team.

"We released a trailer on our Instagram and YouTube. He misinterpreted the trailer. He has the wrong idea about what the film is," Callaghan says. "He filed a lawsuit against me and everybody who filmed because he seems to think that we are adopting Kelly's grievances and narrative, which we are not. Hopefully when he sees the film, it can be resolved. I don't think he's that unreasonable of a guy. I just think he has the wrong idea, which is unfortunate."

ADVERTISEMENT

What started as a wild goose chase to uncover the person who allegedly stole Johnson's home ended up being an in-depth character study of a man driven to far-right politics after personal tragedy. "Dear Kelly" closes with a full-circle look at where Johnson is now and

Your Privacy Rights

EXHIBIT 5, PAGE 41

"The film was never about de-radicalizing him or keeping him away from politics," Callaghan says. "It was about helping him prioritize his family over political obsession. That's the main thing, just shifting those roles. But it seems like he's drifted away from his family a bit and he's less present than ever. Maybe this film might be a part of his recovery, because it will help him see things from a bird's eye view. Sometimes it's hard to see how you're acting when you're deep in your own shame cycle, like he is."

Read More About: Andrew Callaghan, Channel 5, Dear Kelly, Documentaries to Watch

**WHAT DO YOU THINK?**

Loading survey...

Want to read more articles like this one?
**Subscribe Today**

## More from Variety

Your Privacy Rights

EXHIBIT 5, PAGE 42

SEE "EXHIBIT 6" TO THE NOTICE OF LODGMENT



SEE "EXHIBIT 8" TO THE NOTICE OF LODGMENT

SEE "EXHIBIT 9" TO THE NOTICE OF LODGMENT

**Matt Murphey**

| | |
|---|---|
| **From:** | Everdell, Abigail <AbigailEverdell@dwt.com> |
| **Sent:** | Thursday, June 27, 2024 6:37 PM |
| **To:** | Meghan Murphey; Matt Murphey |
| **Cc:** | Dennis Canty; Kerry Moynihan; Lachman, Sam; Segal, Jonathan |
| **Subject:** | RE: Activity in Case 8:24-cv-01160-CBM-KS William Joiner v. Channel 5 LLC et al Initial Order upon Filing of Complaint - form only |

Meghan,

We are not yet in a position to have a 26(f) conference because we are still in the process of conferring with our new clients.  As you noted, Rule 26(f) only requires us to confer "as soon as practicable."  Because we are still gathering information from our clients, it is not yet practicable to confer on the topics outlined in the rule.

Moreover, it could scarcely be more obvious that your rush to confer is not motivated by what the law and rules actually require, but by a desire to pursue premature discovery and further burden our independent journalist clients in the exercise of their constitutional rights.  Your complaint and conduct have made it abundantly clear that this is a classic SLAPP action, instituted with the goal of hampering Channel 5 and Mr. Callaghan in their efforts to publish a documentary on a matter of public concern.  Indeed, several of the claims you assert in your complaint have zero basis in fact, suggesting that the entire suit is a bad faith attempt to silence speech your client considers undesirable.  Under these circumstances, we have no reason to believe that exposing our clients to premature discovery before the pleadings are even set will help to resolve this matter.  Instead, your client will doubtless take advantage of the discovery process to impose undue burden and expense whenever possible, in order to further his goal of exploiting the courts to strategically burden and chill our clients' speech.

As you know, we will be moving to dismiss and to strike your complaint under California's anti-SLAPP statute.  We are confident the court will stay discovery pending resolution of these motions, not only in the interest of efficiency, but also to further the goals of the anti-SLAPP statute by avoiding unnecessary burdens on our journalist clients' First Amendment rights.  *See Metabolife Int'l, Inc. v. Wornick*, 264 F.3d 832, 839 (9th Cir. 2001) (recognizing that the "anti-SLAPP statute was enacted to allow early dismissal of meritless first amendment cases aimed at chilling expression through costly, time-consuming litigation"). *See also Realtek Semiconductor Corp. v. MediaTek*, Inc., --- F. Supp. 3d --- (N.D. Cal. May 3, 2024) (granting a stay of discovery pending a motion to dismiss to avoid the burdens of "not only the unusual time and expense of discovery but also . . . the chilling of defendants' First Amendment-protected petitioning activity").  We will not agree to prematurely open discovery when we are confident this case will be resolved without the need for any discovery at all.

In sum, while we will of course comply with the federal and local rules, we will not rush to confer on your artificial timeline when we do not yet have adequate information, the pleadings have not been set, and there is not yet any operative deadline.

Abigail

EXHIBIT 10, PAGE 47

**Abigail Everdell**
**Counsel,** Davis Wright Tremaine LLP

**P** 212.603.6468  **E** abigaileverdell@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

**From:** Meghan Murphey <meghan@themurpheylawyers.com>
**Sent:** Monday, June 24, 2024 8:31 PM
**To:** Everdell, Abigail <AbigailEverdell@dwt.com>; Matt Murphey <matt@themurpheylawyers.com>
**Cc:** Dennis Canty <Dennis@themurpheylawyers.com>; Kerry Moynihan <kerry@themurpheylawyers.com>; Lachman, Sam <SamLachman@dwt.com>; Segal, Jonathan <JonathanSegal@dwt.com>
**Subject:** RE: Activity in Case 8:24-cv-01160-CBM-KS William Joiner v. Channel 5 LLC et al Initial Order upon Filing of Complaint - form only

**[EXTERNAL]**

Abigail:

Your statement that "we don't yet have any deadline in place for a 26(f) conference since the court has not scheduled an initial conference" does not accurately reflect the parties' duties in this case, as the relevant terms of Fed. R. Civ. P. 26(f)(1) state: "Conference Timing. Except in a proceeding exempted from initial disclosure under Rule 26(a)(1)(B) or when the court orders otherwise, **the parties must confer as soon as practicable** . . ."  (Emphasis added.)  As we are sure you do not intend to delay any part of this case, we simply believe you have misspoken and will provide us with a date by or before Thursday, June 27, 2024 to complete the Rule 26(f) conference with us.

With respect to your statement that it would be "more appropriate to schedule the 26(f) after we have resolved the question of which parties we will be representing[,]" we note that you were first requested by us to identify whom you represent in our email to you of May 30, 2024, or more than three weeks ago.  That is more than sufficient time for you to have determined which defendant(s) you will represent in this case.  Again, your statements could be interpreted as efforts to delay discovery in this matter, which we anticipate is not what you intended to communicate to us.

Finally, your email below suggests that our client should agree to some kind of condition(s) to your clients providing us with copies of the various iterations of the Callaghan film.  We advise you that we and our client do not perceive, at this moment, how this action can informally resolve without your clients' immediate agreement to suspend future showings of the Callaghan film, and their agreement to not show it again, through any medium.  We will obtain the entire video and audio footage of material recorded by Mr. Callaghan in discovery in this matter.  Providing it to us now, without conditions, is the bare minimum of what your clients should be willing to do if they want to convince our client that they have not maliciously intended to harm our client and his family.

We remain hopeful that your clients will begin to act in good faith if they truly desire to resolve this matter informally.

Thank you.

Meghan C. Murphey
120 Vantis Drive, Suite 300

2

Aliso Viejo, California 92656
Tel: 949-464-4540

---

**From:** Everdell, Abigail <AbigailEverdell@dwt.com>
**Sent:** Friday, June 21, 2024 11:36 AM
**To:** Meghan Murphey <meghan@themurpheylawyers.com>; Matt Murphey <matt@themurpheylawyers.com>
**Cc:** Dennis Canty <Dennis@themurpheylawyers.com>; Kerry Moynihan <kerry@themurpheylawyers.com>; Lachman, Sam <SamLachman@dwt.com>; Segal, Jonathan <JonathanSegal@dwt.com>
**Subject:** RE: Activity in Case 8:24-cv-01160-CBM-KS William Joiner v. Channel 5 LLC et al Initial Order upon Filing of Complaint - form only

Meghan,

As I understand it we don't yet have any deadline in place for a 26(f) conference since the court has not scheduled an initial conference. Moreover, it would be more appropriate to schedule the 26(f) after we have resolved the question of which parties we will be representing and whether we can accept service for them – I am working on this and expect to have an answer soon.

In the meantime, though, it may be helpful to schedule a call to discuss your request that your client be given a chance to see the Film. Under the current circumstances with an active lawsuit open against my clients, you must understand that they have no reason to offer this courtesy. However, if your client is open to a good faith resolution of this matter, and reviewing the Film is an assurance he wants in order to take that step, there may be room for discussion. I'm open this afternoon or Tuesday.

In the meantime, my clients reserve all rights.

Abigail

**Abigail Everdell**
**Counsel,** Davis Wright Tremaine LLP

**P** 212.603.6468  **E** abigaileverdell@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Meghan Murphey <meghan@themurpheylawyers.com>
**Sent:** Tuesday, June 18, 2024 10:12 PM
**To:** Everdell, Abigail <AbigailEverdell@dwt.com>; Matt Murphey <matt@themurpheylawyers.com>; Segal, Jonathan <JonathanSegal@dwt.com>
**Cc:** Dennis Canty <Dennis@themurpheylawyers.com>; Kerry Moynihan <kerry@themurpheylawyers.com>; Lachman, Sam <SamLachman@dwt.com>
**Subject:** RE: Activity in Case 8:24-cv-01160-CBM-KS William Joiner v. Channel 5 LLC et al Initial Order upon Filing of Complaint - form only

**[EXTERNAL]**

---

Abigail:

3

Please let me know when you are available to conduct the Rule 26(f) conference in this matter.  I am available tomorrow afternoon, any time on Thursday, and Friday anytime before 4pm Pacific.  Thank you.

Meghan

Meghan C. Murphey
120 Vantis Drive, Suite 300
Aliso Viejo, California 92656
Tel: 949-464-4540

---

**From:** Everdell, Abigail <AbigailEverdell@dwt.com>
**Sent:** Tuesday, June 18, 2024 11:20 AM
**To:** Matt Murphey <matt@themurpheylawyers.com>; Segal, Jonathan <JonathanSegal@dwt.com>
**Cc:** Meghan Murphey <meghan@themurpheylawyers.com>; Dennis Canty <Dennis@themurpheylawyers.com>; Kerry Moynihan <kerry@themurpheylawyers.com>; Lachman, Sam <SamLachman@dwt.com>
**Subject:** RE: Activity in Case 8:24-cv-01160-CBM-KS William Joiner v. Channel 5 LLC et al Initial Order upon Filing of Complaint - form only


Thank you Matt.

**Abigail Everdell**
**Counsel,** Davis Wright Tremaine LLP

**P** 212.603.6468  **E** abigaileverdell@dwt.com
**A** 1251 Avenue of the Americas, 21st Floor, New York, NY 10020-1104
**DWT.COM**

---

**From:** Matt Murphey <matt@themurpheylawyers.com>
**Sent:** Monday, June 17, 2024 11:46 PM
**To:** Everdell, Abigail <AbigailEverdell@dwt.com>; Segal, Jonathan <JonathanSegal@dwt.com>
**Cc:** Meghan Murphey <meghan@themurpheylawyers.com>; Dennis Canty <Dennis@themurpheylawyers.com>; Kerry Moynihan <kerry@themurpheylawyers.com>
**Subject:** FW: Activity in Case 8:24-cv-01160-CBM-KS William Joiner v. Channel 5 LLC et al Initial Order upon Filing of Complaint - form only

**[EXTERNAL]**

---

Counsel: Please see the attached Standing Order from Judge Marshall.

Thank you.

Matthew D. Murphey
MURPHEY & MURPHEY, A.P.C.
120 Vantis Drive, Suite 300
Aliso Viejo, California 92656
Tel: 949-464-4542

---

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Monday, June 17, 2024 4:29 PM
**To:** ecfnef@cacd.uscourts.gov

**Subject:** Activity in Case 8:24-cv-01160-CBM-KS William Joiner v. Channel 5 LLC et al Initial Order upon Filing of Complaint - form only

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## Notice of Electronic Filing

The following transaction was entered on 6/17/2024 at 4:28 PM PDT and filed on 6/17/2024

**Case Name:**          William Joiner v. Channel 5 LLC et al
**Case Number:**        8:24-cv-01160-CBM-KS
**Filer:**
**Document Number:** 8

**Docket Text:**
**STANDING ORDER upon filing of the complaint by Judge Consuelo B. Marshall. READ THIS ORDER CAREFULLY. It controls this case and may differ in some respects from the Local Rules. See order for details. (ys)**

**8:24-cv-01160-CBM-KS Notice has been electronically mailed to:**

Kerry Ann Moynihan     kerry@themurpheylawyers.com

Matthew D Murphey     matt@themurpheylawyers.com, lorraine@themurpheylawyers.com

Dennis J Canty     dennis@themurpheylawyers.com, 6952512420@filings.docketbird.com

Meghan Canty Murphey     meghan@themurpheylawyers.com

**8:24-cv-01160-CBM-KS Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

EXHIBIT 10, PAGE 51





FREE SHIPPING ON ORDERS OVER $125 IN THE U.S.





‹     1/1     ›

# DEAR KELLY | STICKER PACK (3)

$15.00 USD

EXHIBIT 11, PAGE 54

SEE "EXHIBIT 12" TO THE NOTICE OF LODGMENT

Case 8:24-cv-01160-CBM-KS    Document 21-3    Filed 09/24/24    Page 56 of 74    Page ID #:302



SUBSCRIBE
*Get the magazine!*

NEWSLETTER
*Sign up!*



ART          MUSIC          FASHION          CULTURE          FILM          SHOP

SEARCH HISTORY

# Andrew Callaghan Is the Journalist the Internet Deserves

*By* Jackson Wald

December 1, 2021

  

EXHIBIT 13, PAGE 56



## MOST READ

1  Nicholas Alexander Chavez Tells Javier Bardem How He Became a Monster

2  "What's the Crime Rate?": Mariska Hargitay, by Selena Gomez

3  "I'm Like a Scraggly Little Spider": Suki Waterhouse, in Conversation with Sharon Van Etten

4  "I'm Lactose Intolerant": Richard Kind Goes to Zabar's to Eat Cheese

5  Zane Phillips on Squats, Dick Pics, and Injectables

Andrew Callaghan's journey began on Bourbon Street in New Orleans, where the YouTube sensation worked as a doorman by day, while interviewing drunk tourists by night. The fruit of these nocturnal labors was *Quarter Confessions,* a DIY video series made by Callaghan and his college friend Michael Moises. Callaghan's deadpan sense of humor and frank interviewing style made waves online, and it wasn't long before the 24-year-old Seattle native inked a media deal and took his show on the road under a new name—*All Gas No Brakes.* For the last few years, the trio roamed the country in an RV, interviewing Americans of all stripes—from Furries to rowdy spring breakers and QAnon diehards. But all things must come to an end: following the pandemic's onset and the

EXHIBIT 13, PAGE 57

murder of George Floyd, Callaghan felt it impossible to continue his loopy, cockeyed coverage, and split with his media partners to cover more complex social and political issues. Callaghan, and his collaborators and friends Nic Mosher and Evan Gilbert-Katz went independent, creating their own Patreon show: *Channel 5 with Andrew Callaghan.* Today, Callaghan—now based in L.A—has full creative autonomy over the stories he shares with *Channel 5*'s more than 1.3 million subscribers, and recently announced that he's in the process of making a movie on the 2020 election with AbsoLutely. To mark this new venture, Callaghan sat down for the inaugural installment of *Search History,* our new questionnaire about the rabbit holes, back alleys, and strange corners of the web in which our favorite internet figures operate. Below, Callaghan sat down with us to divulge his online habits.

————————

JACKSON WALD:  Do you remember your first screen name?

ANDREW CALLAGHAN: So, it was actually my grandma who taught me how to buy domain names. I started rapping when I was in fourth grade, and my rap name was Philly MC. The Philly MC domain name was the first one I bought.

WALD: What are three places on the internet where you spend an embarrassing amount of time?

CALLAGHAN: I watch vlogs about a lot of rap drama. Like, beef between rival crews of rappers in Jacksonville, Florida, and Chicago. I'm loaded with information about rap feuds that no one else knows about, and that I definitely would never talk [to anyone] about. So, that's pretty embarrassing.

WALD:  Where can I find that obscure YouTube rap beef?

CALLAGHAN: One's called Swamp Stories. I found it because they made a documentary about the Hoff twins, which we also did. They broke down the whole street history of the Hoff twins, and we didn't even know half of that shit. Crazy.

WALD: When did you start filming man-on-the-street journalism?

CALLAGHAN: *Quarter Confessions* was my first video project. I had made two small documentaries before then, in

EXHIBIT 13, PAGE 58

Andrew Callaghan Is the Journalist the Internet Deserves

Louisiana. One was about a homeless guy on Frenchmen Street named King David. Another one was about the Angola Prison Rodeo at Louisiana State Penitentiary. But those were for my journalism courses— I turned them in as final projects. *Quarter Confessions* was the first comedic video series that I did. It was basically the late-night confessions of tourists on Bourbon Street, where I used to work. When I graduated from college in 2019, I was like, "I don't want to stay in my college town and keep making drunk tourist videos." I wanted to travel, like I did when I was a young hitchhiker.

WALD: Was it intimidating to do that on Bourbon Street, or did it come naturally to you?

CALLAGHAN: It's definitely intimidating to cut your teeth as an interviewer in a place like that. I graduated two years ago, so this is all still so recent. I almost felt like a war correspondent. It's 3 AM, everyone's blackout drunk, you're out there in a suit with a microphone, a fucking bright light, and a fake boom mic, trying to have a heart to hearts with people. People tried to fight us all the time. Now, after being on Bourbon Street so much, I don't get scared elsewhere.

WALD:  What do you think viewers gain from these interviews that they wouldn't find in print?

CALLAGHAN:  Well, the main thing about print is that you can just fucking lie. Print is like podcasting, in that you can just bullshit. It's a self-stroking, big word contest. These esteemed publications are full of, like, armchair people spewing hot takes. I mean, there is awesome written journalism, but then again, I'd rather just see a video. A lot of people think it's an attention span thing, but why would you rely on a printed narrative for something that you could have filmed? When I published my hitchhiking journals back in the day, I noticed two things. One, people didn't  read every story. That's just a reality. Also, a lot of people thought that I was bullshitting. So from that point on, I did not want to be seen as one of those edge-lord journalists who are like, "Ah man, it was so fucking crazy out there. I had bullets whizzing past my ears. I had to give CPR to this infant."  If some crazy shit happens to me, I want people to see it, so I don't have to be gassing it up.

EXHIBIT 13, PAGE 59

Case 8:24-cv-01160-CBM-KS    Document 21-3    Filed 09/24/24    Page 60 of 74    Page ID #:306

WALD:  There's another critique, that reporting focused on the truth is less important than reporting that drives "clicks" right now.

CALLAGHAN:  Media is failing. That's why they all resort to punditry instead of journalism. If you look at TV, it's a post-9/11 constant shock machine. No matter what happens, you know exactly how center-left and center-right mainstream TV media will respond. That's journalism? It's not, and it's going to lead to the complete destruction of American society. There's still a large portion of people who think critically about the news they consume, but, I mean look at what COVID did to those people. My own grandpa went from a Mitt Romney fiscal conservative to a full-blown reptilian shapeshifter QAnon guy. The radicalization vector created by the binary news media machine is frying people's brains.

WALD:  When you're creating content, do you ever worry about the 24-hour news cycle?

CALLAGHAN:  A fundamental choice we had to make with *Channel Five* was: are we going to chase the news? When we were filming for the 2020 election movie that we're making with Tim and Eric, we got to know a lot of the Riot Press really well —the people who chase chaos—personally, and off-camera. I get it, I mean, that's where the story is. That's where the commotion is. But there are people who make their money by filling in the void with chaos. Right now in America, nothing's really going on, in terms of hectic political shit. I mean, issues like poverty unfold continuously, but it's not like it was in 2020. So, I'm not about to go to Portland and film Antifa and the Proud Boys facing off at some public park. I'm gonna cover shit like the Utah Rap Festival, like Talladega, until something worth covering happens again. I'm going to go back to Minneapolis for the Daunte Wright trial. Depending on the Rittenhouse verdict, I may go to Wisconsin. There's certain stuff that I think is important, but the past few months have been pretty dry.

WALD:  Where do you get your news online? Which outlets do you read?

CALLAGHAN:  Honestly, as far as political news, I just follow streamers. I just watch raw clips of events.

EXHIBIT 13, PAGE 60

WALD: Are you a big Twitter user?

CALLAGHAN: No, I don't like Twitter. It's a shithole.

WALD: Is there such a thing as being "too online?"

CALLAGHAN: I think it depends on what you do. If you are online, like me, posting interviews and doing journalism, I don't think there's such a thing as being too online. I think if your brand is more vain, if you're marketable for your beauty only, or if your whole vibe is just like "I'm so sexy, I'm so dope," then there's definitely such a thing as being too online.

WALD: A lot of your work in the past has been covering the ways that very online subcultures, from QAnon to Furries, spill into real life. What is it like seeing the boundaries that exist online—like anonymity, for example—dissolve in the real world?

CALLAGHAN: It's fascinating to watch people who have been indoctrinated by the internet convene in person, because they actually all really disagree with each other. If you go to a QAnon convention, most of those people disagree fundamentally. You have stoners, and they're all about UFOs. Then you have Oathkeepers, who believe in re-establishing segregation. But they're somehow all on the same page about Q. Q is just an umbrella for uniting every conspiracy theory. Whoever made it is a fucking evil genius. Q's content, especially then, was terrible. It had some of the worst memes, some of the least effective propaganda. At least, that's what I thought. But look at what they did.

EXHIBIT 13, PAGE 61

9/24/24, 6:50 PM
Case 8:24-cv-01160-CBM-KS    Document 21-3    Filed 09/24/24    Page 62 of 74    Page
ID #:308
Andrew Callaghan Is the Journalist the Internet Deserves



WALD:  You've been face-to-face with a lot of these people. Do you have any thoughts on why some of these people fall down these rabbit holes?  Have you noticed any blanket themes or trends?

CALLAGHAN: Personal trauma. This one guy that we document a lot is named Kelly Johnson, aka SoCal Kelly, aka Kelly J Patriot. He was at January 6th, and he's the most hardcore Trump soldier there is. He fell down the rabbit hole because he took a predatory loan from a shitty mortgage company prior to the 2008 financial crisis. I'm sure there are people who are just fucked in the head. But a lot of these people, they did get done wrong by someone. I think that becoming conspiratorial is almost therapeutic for someone

EXHIBIT 13, PAGE 62

who has been done dirty, because they're like, "All the cards are stacked against us, real Americans, real good people, and there's a cabal of people who are demonic, and they're fucking us over." I also think it probably has a lot to do with entitlement. A lot of these people, they're boomers. They grew up in a different time and were promised a different future than exists now. They came up in the *Leave It to Beaver* white America, and they thought that they were going to grow up and have some sort of class mobility. A lot of these people haven't been able to build wealth. The American Dream didn't work out for them, so they have to think that things are getting worse.

WALD: We've discussed your work on QAnon and Furry conventions, but you also make videos that are sensitive and tender, like your coverage of the George Floyd protests, for example. How does the process shift for those types of videos?

CALLAGHAN: It's a complete shift. Mass incarceration, gentrification, police brutality. That shit's real. It's not a "left-wing" media hoax. I really care about those issues, I think they're serious and continuous. I've heard people say things that transformed my perspective. In Minneapolis, I was talking to a kid who said, "Is this the way to go about things? No. Is everyone perfect? No." Someone told me, in another video, "The system didn't work. We worked." Derek Chauvin would not have been convicted if there were no protests. You could call that mob justice if you want. I wouldn't call it that. I'd just call it cause and effect. Now that it happened, hopefully, it strikes fear in the heart of every police officer who is in a similar position to Derek Chauvin, or any of the cops who were with him. And I think it probably has already saved lives.

WALD: The internet is littered with really poorly-made man-on-the-street style content. What, for you, is the recipe for the perfect interview?

CALLAGHAN: Interview like a toddler. Be endlessly inquisitive, listen to people as hard as you can, don't cut them off, and just go with their program. The worst thing you can do as a journalist is to try to frame someone's statement. Like, "Can you make a statement on this and that?" Nah. Just be like, "What's up? What are you thinking

EXHIBIT 13, PAGE 63

about right now?" It seems basic, but if they're a good interviewee, they'll just take your lead and just go with it. Never try to force a good interview out of a shitty subject.

---

## Related Posts



Nailea Devora and Madelyn Cline on Heartbreak, Fashion Week, and John Stamos



"You're Going to Live Forever:" Emma Chamberlain Faces Her Future



"Sexy. Hungry. Crazy." Meet Trisha Paytas



Steve-O Has Finally Found His Voice



Watch Addison Rae Review a Bunch of New Hoodies



Nikita Dragun Does Her Own Slaying

Newsletter

Your Email Address          SIGN UP

EXHIBIT 13, PAGE 64

SEE "EXHIBIT 14" TO THE NOTICE OF LODGMENT

SEE "EXHIBIT 15" TO THE NOTICE OF LODGMENT

Case 8:24-cv-01160-CBM-KS    Document 21-8    Filed 09/24/24    Page 67 of 74    Page ID #:818

# Channel 5

Creating interviews and beyond

Message

Home          Membership          About

# Recent posts by Channel 5

Post type ⌄          Tier ⌄          Date ⌄          ⇅          🔍 oiner          ✕

Clear  lters

▶️

🎥 7:15

**Folsom Street Fa r (Uncensored Part One)**

EXHIBIT 16, PAGE 67

5/25/24, 9:33 PM   Case 8:24-cv-01160-CBM-KS   Document 21-3   Filed 09/24/24   Page 68 of 74   Page
Channel 5 | Creating interviews and beyond | Patreon
ID #:314

Nov 25, 2022

What's up y'all!

After a hectic few weeks on the road, we probably figure you guys want to know what the hell is going on...

On November 2, we embarked on our first ever 'Channel 5 Live' tour, a 50-date extravaganza that's occupied most of our time since November started. Simultaneously, we've been working remotely with Tim & Eric to put the finishing touches on upcoming A24 Film, 'This Place Rules,' which will debut December 30 on HBO Max.

So far, Channel 5 Live has been incredibly sick. Particularly, the talent shows we've been hosting, featuring backflippers, freestylers, sword-swallowers, beer chuggers, furries, magicians and beyond. It's becoming clear that the Channel 5 Fandom includes some of the most talented people on earth. Getting to screen unreleased footage from our upcoming projects, like 'This Place Rules,' and our 'Finding Bill Joiner' documentary has given us the ability to connect with a lot of you in person and overall, it's been a really gratifying experience for us. If you have been able to make it out to one of our shows thus far, I hope you had fun too.

That being said, it's also been super chaotic, so we haven't had much time to sit down and edit videos, however we have an abundance of unedited footage in the vault, from events like the Folsom Street Fair in San Francisco, to the Calgary Stampede in Alberta, to 'Hemingway Days' -- an Ernest Hemingway lookalike competition in Key West that we attended with our friend Brace Belden.

We've also got some cool BTS footage from our live shows that we think you guys would like (coming soon).

I hope you all know how much we appreciate you guys and want you to know that we're planning on editing a bunch of this stuff and giving you the footage ASAP, as we've got several days off in between our Fort Lauderdale and Oklahoma City shows which we're going to dedicate to editing.

So without further ado, here's something the first of the batch: Folsom Street Fair: an open-air BDSM festival on the streets of San Francisco that takes place every October on Folsom Street.

We've showed a couple snippets of this at our live shows with Sidam, but we want to give Patrons access to the whole thing.

Hope you enjoy,

**Show less**

♥ 1,061      💬 306      ⬆️      •••

**Load more comments**



 **Ram-Roc**                                                    2w

EXHIBIT 16, PAGE 68





The whole adding baby in the abdl makes me feel icky. adult diapers do exist and that is what dude was wearing



**Judson Wells**                                                                                 2w

"Plains Ambience" Going in the background is an easter egg I wasnt expecting



S        Join the conversation



EXHIBIT 16, PAGE 69

5/25/24, 9:40 PM    Case 8:24-cv-01160-CBM-KS    Document 21-3    Filed 09/24/24    Page 70 of 74    Page
Channel 5 | Creating interviews and beyond | Patreon
ID #:316





# Channel 5

Creating interviews and beyond

Message

Home        Membership        About

# Recent posts by Channel 5



Post type ⌄        Tier ⌄        Date ⌄        ⇅        🔍  kelly        ✕

Clear  lters





EXHIBIT 17, PAGE 70



**20**








# FALL MERCH DROP!! (Patreon Exclusive 20% OFF) - WWW.CHANNEL5.NEWS

Sep 15, 2022

Hey guys,

As you know we've been going pretty hard reporting in the field, so it's been a while since we dropped new merch (about 4 months), but we felt like it was time .. so we came up with some new designs which are NOW on sale for PATRONS ONLY.

For this drop, we rented a ghost town in the desert, bought a bunch of toy guns and western outfits, and filmed a Spaghetti Western-style short commercial which will go live sometime this coming weekend. We flew out a wide array of friends and notable Channel 5 characters, like Sidam, Boss Top, The Hoff Twins, Kelly J. Patriot, Lupe46, and beyond.

Oh .. and this drop features our first customized Cowboy set, which includes a Channel 5-branded cowboy shirt, engraved bolo tie, and bandana. Also, we a bunch of sick sweatsuits and a water bottle for hydration purposes.

This shop will go live to the general public tomorrow morning, but we wanted to give Patrons 24-hour advance access, as you've all been crucial in keeping the 5 train rolling.

Also, with the code below, you'll all get 20% OFF until tomorrow at 12 PST!

To check out the shop, go to **https://channel5.news/password**

PASSWORD: C5Patreon20

COUPON CODE: C5Patreon20

**Show less**

 344     82

**Load more comments**

    **Keah Mitchall**                                    1y

You should probably respond to your multiple Sexual Assualt allegations

 3    ↩

**Load replies**

EXHIBIT 17, PAGE 71



**Eugene Love**                                                                    1y

LOVE all of your work man !  Very intelligent and I Love your sense of humor }:-)

♥ 1    ↩

**S**    Join the conversation...



7:28 / 22:15

# The People's Convoy Finale

Mar 9, 2022

The finale is here! In this episode, we arrive by night to Hagerstown, Maryland -- the final stop of The People's Convoy before their planned arrival to D.C. -- then wake up and embark on the final wing of the trip, which was an underwhelming 1-mile loop around the Washington Beltway. This episode features interviews with Kelly J. Patriot, MAGA reporter and Capitol rioter Jess Weber, and our friend Ronald Weaver III, who helped us shoot our movie with Tim & Eric, which will be announced soon.

Hope you guys enjoyed this series .. it was a lot of fun switching the format. Stay tuned!

- Andrew, Nic and Evan

♥ 597    💬 169        •••

**Load more comments**

**Mary Tidwell**                                                                    2y

Can't wait to see more Ron!!

EXHIBIT 17, PAGE 72



**Trey Anderson**                                      6mo
are you listening to hardcore?



    

🖼 17

# B.TS. Photos by Nate Kahn

Nov 5, 2021

Here's some film photos we've taken the last month, figured I'd share with y'all.

1) Fia (@fetusgrl) cuts Andrew's hair in Downtown LA, a few days before the filming of Utah Rap Fest.

2) Nic and Evan at a local studio space filming Andrew and Sidam's monologue to 'Uhuru March for Reparations.'

3) Andrew pauses to re-read his lines after forgetting the monologue he wrote for Uhuru March for Reparations.

EXHIBIT 17, PAGE 73

4) Sidam shares a moment of solidarity with an Uhuru volunteer in Oakland, CA.

5) Andrew competes in his first ever dueling report with MAGA 'journalist' and Capitol Rioter Jess Weber on Hollywood Boulevard.

6) Andrew interviews Kelly J. Patriot about his vaccine preferences.

7) Kelly a few moments after equipping the Channel 5 news team with vintage basketball  erseys.

8) Kelly an hour after our debut merch shoot, buying soft-serve ice cream for the whole gang.

9) Andrew and Chief Keef shooting a commercial for clothing brand FTP.

10) Andrew, Sidam, Kelly, Stanli and Jen sitting on a stoop after the debut merch shoot.

11) 5ive Gang directly before shooting 'Hollywood Antivax Rally.'

12) Sweaty antivax Bernie bro in front of CNN Center.

13) Andrew and Kelly J. Patriot in the midst of a soon-to-be-released, daring mission for revenge.

14) Nic and Evan film as Andrew and Kelly hit the highway in a mustang convertible as part of a soon-to-be-released, daring mission for revenge.

16) Kelly and Andrew throw up the five in the midst of a soon-to-be-released, daring mission for revenge.

17) Andrew shares a Bud Light with Sosa after the commercial.

**Show less**

♥ 562     💬 63     ⬆️     •••

---

**Load more comments**



**Lama Muttaqi**     3y

andrew & sosa together is a duo I never thought i'd see but i'm obsessed still. #1 glory boyz

♥ 4    ↩

**clown shower**     2y

The photos are 55th street cuz!

♥    ↩



S    Join the conversation

EXHIBIT 17, PAGE 74