**MURPHEY & MURPHEY**
A PROFESSIONAL CORPORATION
Meghan C. Murphey, (SBN 259487))
  meghan@themurpheylawyers.com
Matthew D. Murphey (SBN 194111))
  matt@themurpheylawyers.com
Dennis J. Canty (SBN 207978))
  dennis@themurpheylawyers.com
Kerry Moynihan (SBN 250571)
  kerry@themurpheylawyers.com
120 Vantis Drive, Suite 300
Aliso Viejo, California 92656
Tel: 949.464.4540 Fax: 562.375.6674

Attorneys for Plaintiff,
WILLIAM JOINER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOINER, an Individual<br><br>Plaintiff,<br><br>v.<br><br>ANDREW CALLAGHAN, an Individual; CHANNEL 5 LLC, a Washington Limited Liability Company; EVAN GILBERT-KATZ, an Individual; NICOLAS MOSHER, an Individual; KELLY SCOTT JOHNSON, an Individual; and DOES 1 through 200, Inclusive,<br><br>Defendants. | CASE NO. 8:24-cv-01160-CBM-KS<br><br>**NOTICE OF LODGING IN OPPOSITION TO MOTION TO STRIKE**<br><br>Date:      October 15, 2024<br>Time:      10:00 a.m.<br>Dept.:     8D<br><br>Action Filed:      May 30, 2024 |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff William Joiner hereby lodges with the Court the following non-paper exhibits in Opposition to Defendants' Motion to Strike.

1.      Included as Exhibits 4, 6, 8 and 9 are true and correct copies of excerpts of videos published by Callaghan on the Channel 5 Patreon account.

2.      Included as Exhibit 12 is a true and correct copy of excerpts from an

interview on "The Majority Report" entitled "Andrew Callaghan Of Channel 5 Talks About The Only Time He Ever Feared For His Safety" located at https://www.youtube.com/watch?v=U9qdhF7m80M.

3.      Included as Exhibit 14 is a true and correct copy of excerpts of a YouTube video entitled "Fuck Bill Joiner Channel 5 LIVE w/ Kelly Johnson and friends", located at https://www.youtube.com/watch?v=IRPteb43nNo&rco=1

4.      Included as Exhibit 15 is a true and correct copy of excerpts of a YouTube video entitled "Channel 5 Live + Sidam + Unkle Pill + Andrew Callaghan Q&A in Portland, Oregon 2022", located at https://www.youtube.com/watch?v=EaqgFaWHDi0

Dated: September 24, 2024            **MURPHEY & MURPHEY, A.P.C.**


                                     */s/ Meghan C. Murphey*
                                     Meghan C. Murphey
                                     Matthew D. Murphey
                                     Attorneys for Plaintiff William Joiner