```
 1
 2
 3
 4
 5
 6
 7
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOINER, an individual,<br><br>                Plaintiff,<br><br>  vs.<br><br>ANDREW CALLAGHAN, an Individual; CHANNEL 5 LLC, a Washington Limited Liability Company; EVAN GILBERT-KATZ, an Individual; NICOLAS MOSHER, an Individual; KELLY SCOTT JOHNSON, an Individual; and DOES 1 through 200, Inclusive,<br><br>                Defendant. | Case No. **8:24-cv-01160-CBM-KS**<br><br>**ORDER ON STIPULATION TO STAY DISCOVERY REGARDING STATE LAW CLAIMS AND MOTION FOR ATTORNEY'S FEES PENDING RESOLUTION OF C5 DEFENDANTS' APPEAL**<br><br>Action Filed: May 30, 2024 |

Having considered the parties' Joint Stipulation to Stay Discovery, and for good cause shown, the Court ORDERS as follows:

1. The C5 Defendants' deadline to answer or otherwise respond to the New State Law Claims is adjourned pending the result of the C5 Defendants' appeal of the Court's February 20, 2025 Order on their Motion to Strike, at which point the parties will agree to a deadline to respond;

2. All discovery or other proceedings relating to the New State Law Claims and previously pled state law claims shall be stayed pending the result of the C5 Defendants' appeal of the Court's February 20, 2025 Order on their Motion to Strike;

3. Plaintiff's deadline to file a motion for attorney's fees relating to the anti-SLAPP motion shall also be stayed pending the result of the C5 Defendants' appeal, and any such motion shall be filed within sixty (60) days of the issuance of remittitur by the Ninth Circuit.

**IS SO ORDERED.**

DATED: March 25, 2025

Hon. Consuelo B. Marshall
United States District Judge

1