Name, Address and Telephone Number of Attorney(s):

Meghan Murphey (259487)
120 Vantis, Ste 300
Aliso Viejo, CA 92696
949-464-4540

**FILED**
CLERK, U.S. DISTRICT COURT
July 30, 2025
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VRV_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

William Joiner

v.

Channel 5, LLC, et al.

Plaintiff(s)

Defendant(s).

CASE NUMBER
8:24-cv-01160-CBM-KS

**REQUEST:
ADR PROCEDURE SELECTION**

Pursuant to L.R. 16-15, the parties request that the Court approve the following ADR procedure:

☐ **ADR PROCEDURE NO. 1** - The parties shall appear before the
  ☐ magistrate judge assigned to the case *or* ☐ or any active magistrate judge.
  for such settlement proceedings as the judge may conduct or direct.

☒ **ADR PROCEDURE NO. 2** - The parties shall appear before a neutral selected from the Court's Mediation Panel.

☐ **ADR PROCEDURE NO. 3** - The parties shall participate in a private dispute resolution proceeding.

Dated: 7-30-25      *Meghan Murphey*
                    Attorney for Plaintiff  William Joiner

Dated: [signature]

                    Attorney for Plaintiff

Dated: 7-30-25      [signature]
                    Attorney for Defendant Aidan Callaghan, Channel 5,
                    Evan Gibst-Kutz, Nicolas Molu

Dated:
                    Attorney for Defendant

NOTE: If additional signatures are required, attach an additional page to this request.

ADR-01 (03/25)          REQUEST: ADR PROCEDURE SELECTION          Page 1 of 1