UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM JOINER, an Individual, | Case No. 8:24-cv-01160-CBM-KS |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO MODIFY SCHEDULING ORDER TO EXTEND FACT DISCOVERY CUTOFF [52]** |
| v. | |
| ANDREW CALLAGHAN, an Individual; CHANNEL 5 LLC, a Washington Limited Liability Company; EVAN GILBERT-KATZ, an Individual; NICOLAS MOSHER, an Individual; KELLY SCOTT JOHNSON, an Individual; and DOES 1 through 200, Inclusive, | Action Filed: May 30, 2024 |
| Defendant. | |

- 1 -

This matter came before the Court on the Application of plaintiff William Joiner for an order modifying the Court's July 30, 2025 Scheduling Order (Dkt. 48) to extend the fact discovery cutoff by sixty (60) days, from April 30, 2026 to June 29, 2026.  Having considered the Application, the Declarations filed in support, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The Application is GRANTED.  The Scheduling Order is hereby modified such that the fact discovery cutoff is now extended to June 29, 2026.

IT IS SO ORDERED.

Dated: <u>May 1, 2026</u>

**Honorable Consuelo Marshall**
**UNITED STATES DISTRICT JUDGE**