**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | | CASE NUMBER: |
|---|---|---|
| William Joiner | | 8:24-cv-01160-CBM-KSx |
| v. | Plaintiff(s) | |
| Channel 5 LLC, et al. | | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |
| | Defendant(s) | |

The parties have requested an informal discovery conference with Magistrate Judge _____ .

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required    ☒ Hearing Required
                         ☐ In-Person Court Hearing
                         ☐ Video Conference
                         ☒ Telephonic

Magistrate Judge    Karen L. Stevenson
Date/Time    May 7, 2026 at 1 p.m.
Courtroom:    **call-in information emailed to participating parties.

When telephonic appearances are permitted, counsel must:
• Conduct the proceedings in professional settings rather than from vehicles, open public spaces, or during other activities (e.g., while exercising or attending sporting events);
• Avoid use of speakerphones during the call, headsets are preferred when possible;
• Minimize environmental noise and background conversations; and
• Avoid speaking over one another during the call.

Dated:    May 5, 2026                By:    Kerri Hays
                                             Deputy Clerk