UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **8:24-cv-01160-CBM-KSx**                          Date: May 7, 2026

Title     _William Joiner v. Channel 5 LLC, et al._

Present:  The Honorable:    Karen L. Stevenson, Chief United States Magistrate Judge

| Kerri Hays | CourtSmart- 05/07/2026 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|
| Meghan Murphey | Abigail Everdell |
| Dennis Canty | Samantha Lachman |

**Proceedings:  MINUTES OF TELEPHONIC CONFERENCE RE: DISCOVERY DISPUTE**

Case called.  The Parties stated their appearances.  The Court held a telephonic conference with Counsel for Plaintiff and Defendants regarding a discovery dispute concerning the service of supplemental responses to request for production of documents.

After further discussion with the parties, the Court orders counsel for Plaintiff to file a regularly noticed Motion to Compel on or before May 15, 2026.  Defendant shall file an Opposition on or before May 26, 2026.  Any Reply will be due on or before June 5, 2026.

The Court sets a Motion Hearing, via ZOOM, for June 10, 2026, at 11:00 a.m.  Counsel are directed to the Central District of California website at www.cacd.uscourts.gov, under "Judges' Procedures and Schedules." to find the ZOOM information for the upcoming hearing.

**IT IS SO ORDERED.**

| | :43 mins |
|---|---|
| **Initials of Preparer** | klh for gr |