**MURPHEY & MURPHEY**
A PROFESSIONAL CORPORATION
Meghan C. Murphey (SBN 259487)
meghan@themurpheylawyers.com
Matthew D. Murphey (SBN 194111)
matt@themurpheylawyers.com
Dennis J. Canty (SBN 207978)
dennis@themurpheylawyers.com

120 Vantis Drive, Suite 300
Aliso Viejo, California 92656
Tel: 949.464.4540  Fax: 562.375.6674

Attorneys for Plaintiff,
WILLIAM JOINER

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOINER, an individual,<br><br>               Plaintiff,<br><br>    vs.<br><br>ANDREW CALLAGHAN, an Individual; CHANNEL 5 LLC, a Washington Limited Liability Company; EVAN GILBERT-KATZ, an Individual; NICOLAS MOSHER, an Individual; KELLY SCOTT JOHNSON, an Individual; and DOES 1 through 200, Inclusive,<br><br>               Defendant. | Case No. 8:24-cv-01160-CBM-KS<br><br>**JOINT STIPULATION FOR DISMISSAL**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Action Filed:  May 30, 2024 |

STIPULATION FOR DISMISSAL

**STIPULATION**

Plaintiff William Joiner ("Plaintiff") and Defendants Andrew Callaghan, Channel 5 LLC, Evan Gilbert-Katz, and Nicolas Mosher (the "C5 Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on May 30, 2024, Plaintiff filed his Complaint asserting twelve causes of action against the C5 Defendants and Defendant Kelly Scott Johnson ("Johnson"), including two federal claims and ten state law claims (ECF No. 1);

WHEREAS, on February 20, 2025, the Court issued an Order granting in part and denying in part the C5 Defendants' Motion to Dismiss the Complaint, dismissing only Plaintiff's twelfth cause of action under California Business and Professions Code §§ 17200 et seq. with leave to amend, and denying the Motion to Dismiss as to all other claims (ECF Nos. 28, 31);

WHEREAS, on February 20, 2025, the Court issued an Order denying the C5 Defendants' Special Motion to Strike Plaintiff's state law claims pursuant to California Code of Civil Procedure § 425.16 (ECF No. 29);

WHEREAS, on February 26, 2025, the C5 Defendants filed a Notice of Appeal of the Court's Order denying their Special Motion to Strike (ECF No. 30), which appeal is currently pending before the United States Court of Appeals for the Ninth Circuit as *Joiner v. Callaghan, et al*., No. 25-1256 (the "Appeal");

WHEREAS, on March 12, 2025, Plaintiff filed his First Amended Complaint (ECF No. 34, the "FAC");

WHEREAS, on March 25, 2025, the Court entered the parties' Stipulation to Stay Discovery Regarding State Law Claims and Motion for Attorney's Fees Pending Resolution of C5 Defendants' Appeal (ECF Nos. 35, 36);

WHEREAS, on November 24, 2025, the Ninth Circuit entered an Order holding the Appeal in abeyance pending the outcome of the petition for writ of certiorari in *Gopher Media LLC v. Mellone*, No. 24-2626;

1

WHEREAS, Defendant Johnson has not appeared in this action;

WHEREAS, the parties have reached agreement to resolve this action through dismissal on the terms set forth below;

**IT IS HEREBY AGREED TO AND STIPULATED** by and between the parties that:

1. **Dismissal of Action.**  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and, as to Defendant Johnson, Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed in its entirety without prejudice;

2. **Section 1367(d) Tolling.**  Nothing in this Stipulation shall be construed to waive, limit, or impair Plaintiff's rights under 28 U.S.C. § 1367(d) or any analogous state law tolling provision, and the parties acknowledge and understand that Plaintiff intends to pursue claims against the C5 Defendants in California Superior Court.

3. **Waiver of Fees and Costs**.  Each party shall bear their own attorney's fees, costs, and expenses incurred in this action and in the Appeal. No party is or shall be deemed a "prevailing party" for purposes of Federal Rule of Civil Procedure 54(d), nor shall any party seek to recover its fees and costs incurred in this action from any other party.

4. **Dismissal of Appeal.**  The parties shall file a joint stipulation of voluntary dismissal of the Appeal (No. 25-1256) in the United States Court of Appeals for the Ninth Circuit pursuant to Federal Rule of Appellate Procedure 42(b). The parties agree to cooperate in the preparation and filing of any further documents reasonably necessary to affect the prompt dismissal of the Appeal.

///

///

///

///

///

2

STIPULATION FOR DISMISSAL

5. **No Admissions.** Nothing in this Stipulation shall be construed as, or deemed to be, an admission of liability, fault, wrongdoing, or merit, or lack thereof, by any party.

DATED: May 18, 2026        MURPHEY & MURPHEY, APC
MEGHAN C. MURPHEY
MATTHEW D. MURPHEY
DENNIS J. CANTY

By: _/s/ Meghan C. Murphey_

Attorneys for Plaintiff
WILLIAM JOINER

DATED: May 18, 2026        DAVIS WRIGHT TREMAINE LLP
JONATHAN L. SEGAL
ABIGAIL B. EVERDELL (*PHV*)
SAMANTHA LACHMAN

By: _/s/ Abigail Everdell_
Abigail Everdell

Attorneys for the C5 DEFENDANTS

## LOCAL RULE 5-4.3.4 COMPLIANCE

The undersigned attests that all signatories listed, and on whose behalf this filing is submitted, concur in this filing's content and have authorized its filing.

DATED: May 18, 2026        MURPHEY & MURPHEY, APC

By: _/s/ Meghan C. Murphey_
Meghan C. Murphey

3

STIPULATION FOR DISMISSAL