JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JOINER, an individual,<br><br>              Plaintiff,<br><br>    vs.<br><br>ANDREW CALLAGHAN, an Individual; CHANNEL 5 LLC, a Washington Limited Liability Company; EVAN GILBERT-KATZ, an Individual; NICOLAS MOSHER, an Individual; KELLY SCOTT JOHNSON, an Individual; and DOES 1 through 200, Inclusive,<br><br>              Defendant. | Case No. 8:24-cv-01160-CBM-KS<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL [57]**<br><br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)]<br><br>Action Filed:  May 30, 2024 |

The Court, having considered the Joint Stipulation for Dismissal filed by Plaintiff William Joiner and Defendants Andrew Callaghan, Channel 5 LLC, Evan Gilbert-Katz, and Nicolas Mosher, by and through their respective counsel of record, hereby GRANTS the stipulation and orders as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and, as to Defendant Johnson, Federal Rule of Civil Procedure 41(a)(1)(A)(i), this action is dismissed in its entirety without prejudice;

2. Each party shall bear their own attorney's fees, costs, and expenses incurred in this action and in the related appeal pending before the United States Court of Appeals for the Ninth Circuit as *Joiner v. Callaghan, et al.*, No. 25-1256. No party is or shall be deemed a "prevailing party" for purposes of Federal Rule of Civil Procedure 54(d).

IT IS SO ORDERED.

Dated: May 19, 2026

**Honorable Consuelo B. Marshall**
**UNITED STATES DISTRICT JUDGE**

1