UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 7 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

WILLIAM JOINER, an individual,

       Plaintiff - Appellee,

  v.

CHANNEL 5, LLC, a Washington Limited
Liability Company; et al.,

       Defendants - Appellants,

and

KELLY S. JOHNSON, an individual and
DOES, 1 through 200, inclusive,

       Defendants.

No. 25-1256

D.C. No.
8:24-cv-01160-CBM-KS
Central District of California,
Santa Ana

ORDER

Before: M. SMITH, CHRISTEN, and FORREST, Circuit Judges.

On November 24, 2025, we granted Appellants' motion to hold this appeal in abeyance, Dkt. 45, pending the outcome of the petition for certiorari in *Gopher Media LLC v. Melone*. In light of the Supreme Court's denial of certiorari on June 15, 2026, *see* No. 24-2626, Dkt. 99, Appellants are directed to file a response within ten days advising whether there is any reason this appeal should not be dismissed.