UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 13 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WILLIAM JOINER, an individual, | No. 25-1256 |
| Plaintiff - Appellee, | D.C. No. 8:24-cv-01160-CBM-KS Central District of California, Santa Ana |
| v. | |
| CHANNEL 5, LLC, a Washington Limited Liability Company; et al., | ORDER |
| Defendants - Appellants, | |
| and | |
| KELLY S. JOHNSON, an individual and DOES, 1 through 200, inclusive, | |
| Defendants. | |

Before: M. SMITH, CHRISTEN, and FORREST, Circuit Judges.

In accordance with Appellants' unopposed motion, Dkt. 56, this appeal is dismissed, with each party to bear its own costs and fees. Fed. R. App. P. 42(b).

This order serves as the mandate of the court.